UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., a Connecticut non-stock corporation,<br><br>        Plaintiff,<br>v.<br><br>CITY OF NORWALK, CONNECTICUT, and CITY OF NORWALK ZONING COMMISSION,<br><br>        Defendants. | Civil Action No.:<br>3:12-cv-00949-RNC |

## MOTION FOR ADMISSION OF VISITING ATTORNEY
## SADAF R. ABDULLAH

Pursuant to L. Civ. R. 83.1(d), John F. Fallon, counsel of record for Plaintiff AL MADANY ISLAMIC CENTER OF NORWALK, INC. and a member in good standing of the bar of this Court, respectfully moves for permission to allow Sadaf R. Abdullah to represent Al Madany Islamic Center of Norwalk, Inc. in the above-captioned matter for all pretrial and trial purposes. In support of this Motion, the undersigned represents as follows:

  1.  Visiting lawyer Sadaf R. Abdullah ("Attorney Abdullah") is a member of the firm of Wilmer Cutler Pickering Hale and Dorr LLP, with an office at 7 World Trade Center, 250 Greenwich Street, New York, New York 10007.

  2.  Attorney Abdullah is admitted to practice in the Commonwealth of Massachusetts (666865) and the State of New York (4781225).

3. Attorney Abdullah has not been denied admission or disciplined in accordance with L. Civ. R. 83.2, nor has she been denied admission or disciplined by any other Court.

4. Attorney Abdullah's affidavit in support of this motion is attached hereto.

5. Service of all papers shall be made upon John F. Fallon, 53 Sherman Street, P.O. Box 541, Fairfield, CT 06824.

Dated: September 18, 2012

JOHN F. FALLON, ESQ.

/s/ John F. Fallon
John F. Fallon, Esq., ct018702
53 Sherman Street, P.O. Box 541, Fairfield, CT 06824
Telephone: (203) 256-3247
Facsimile: (203) 256-8796
jffallon@snet.net

*Attorney for Plaintiff Al Madany Islamic Center of Norwalk, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2012, a copy of the foregoing Motion for Admission of Visiting Attorney Sadaf R. Abdullah and the Affidavit of Sadaf R. Abdullah was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ John F. Fallon
John F. Fallon, Esq.

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., a Connecticut non-stock corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF NORWALK, CONNECTICUT, and CITY OF NORWALK ZONING COMMISSION,<br><br>　　　　　　　　　　　　Defendants. | Civil Action No.:<br>3:12-cv-00949-RNC |

## AFFIDAVIT OF SADAF R. ABDULLAH

I, Sadaf R. Abdullah, being first duly sworn, hereby deposes and says:

1.　　I am a member of the firm of Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. My telephone, facsimile and e-mail addresses are as follows: 212-937-7247 (telephone); 212-230-8888 (facsimile); sadaf.abdullah@wilmerhale.com (email).

2.　　I am in good standing to practice in the Commonwealth of Massachusetts (666865) and the State of New York (4781225).

3.　　I have no pending disciplinary complaints; have not been denied admission to, been disciplined by, resigned from or surrendered my license to practice before this or any

other Court; nor have I withdrawn an application for admission to practice while facing a disciplinary complaint before this or any other Court.

4. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5. I designate John F. Fallon as my sponsoring attorney and my agent for service of process. I designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

6. I make this affidavit in support of the motion for my admission pro hac vice to permit me to represent plaintiff Al Madany Islamic Center of Norwalk, Inc. as visiting counsel in connection with the above-captioned action.

Sadaf R. Abdullah

Subscribed and sworn to
Before me this 18th day of
September, 2012.

Notary Public
My Commission Expires: