UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AL MADANY ISLAMIC CENTER OF :
NORWALK, INC :
 :
                      Plaintiff, :    Civil Action No.:
 :    3:12-cv-00949-RNC
  -against- :
 :
CITY OF NORWALK, CONNECTICUT, and :
CITY OF NORWALK ZONING COMMISSION, :
 :
                      Defendants. :
 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE**

To:    The clerk of court and all parties of record.

       I am admitted or otherwise authorized to practice in this court, and I appear in this case for Plaintiff Al Madany Islamic Center of Norwalk, Inc.

Dated:  New York, NY               By:/s/Peter K. Vigeland
         September 27, 2012           Peter K. Vigeland, ct24180
                                                      WILMER CUTLER PICKERING
                                                        HALE AND DORR LLP
                                                      7 World Trade Center, 250 Greenwich Street
                                                       New York, New York 10007
                                                       Tel: (212) 230-8807
                                                       Fax: (212) 230-8888
                                                      peter.vigeland@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2012, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By:/s/Peter K. Vigeland
Peter K. Vigeland, ct24180