UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------- x
AL MADANY ISLAMIC CENTER OF  :
NORWALK, INC  :
  :
                  Plaintiff,  :   Civil Action No.:
  :   3:12-cv-00949-RNC
  -against-  :
  :
CITY OF NORWALK, CONNECTICUT,  and  :
CITY OF NORWALK ZONING COMMISSION,  :
  :
  :
                  Defendants.  :
  :
----------------------------------- x

**NOTICE OF APPEARANCE**

To:   The clerk of court and all parties of record.

     I am admitted or otherwise authorized to practice in this court, and I appear in this case for Plaintiff Al Madany Islamic Center of Norwalk, Inc.

Dated: New York, NY           By:/s/H. Lawrence Stierhoff
       September 27, 2012      H. Lawrence Stierhoff, phv05661
                                                   WILMER CUTLER PICKERING
                                                     HALE AND DORR LLP
                                           7 World Trade Center, 250 Greenwich Street
                                           New York, New York 10007
                                           Tel: (212) 295-6264
                                           Fax: (212) 230-8888
                                           lawrence.stierhoff@wilmerhale.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2012, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By:/s/H. Lawrence Stierhoff
H. Lawrence Stierhoff, phv05661