UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC | : | NO.: 3:12-CV-00949-RNC |
| | : | |
| v. | : | |
| | : | |
| CITY OF NORWALK, CONNECTICUT and CITY OF NORWALK ZONING COMMISSION | : | SEPTEMBER 28, 2012 |

## NOTICE OF APPEARANCE

Please enter the appearance of **Thomas R. Gerarde**, as attorney for the defendants, **City of Norwalk, Connecticut and City of Norwalk Zoning Commission**, in the above-entitled action.

DEFENDANTS,
CITY OF NORWALK, CONNECTICUT and
CITY OF NORWALK ZONING
COMMISSION


By_____
Thomas R. Gerarde
ct05640
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail: tgerarde@hl-law.com

## **CERTIFICATION**

      This is to certify that on **September 28, 2012**, a copy of the foregoing **Notice of Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

John F. Fallon, Esq.
53 Sherman Street
P.O. Box 541
Fairfield, CT  06824

H. Lawrence Stierhoff, Esq.
Peter K. Vigeland, Esq.
Victoria J. Lee, Esq.
Wilmer, Cutler, Pickering, Hale
 & Dorr, LLP-NY
7 World Trade Center
New York, NY  10007

Robert L. Greene, Esq.
Storzer & Greene, P.L.L.C.-NY
110 Wall Street, 11th Floor
New York, NY  10005

Roman P. Storzer, Esq.
Storzer & Greene, P.L.L.C.-DC
1025 Connecticut Ave., NW, Suite 1000
Washington, DC  20036

Robert F. Maslan, Jr., Esq.
Corporation Counsel
City of Norwalk Law Department
P.O. Box 799
Norwalk, CT  06854-0799

Marc J. Grenier, Esq.
DePanfilis & Vallerie
25 Belden Ave.
P.O. Box 699
Norwalk, CT  06852-0699

_____
Thomas R. Gerarde