UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AL MADANY ISLAMIC CENTER OF
NORWALK, INC

       Plaintiff,

 -against-

CITY OF NORWALK, CONNECTICUT, and
CITY OF NORWALK ZONING COMMISSION,

       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.:
3:12-cv-00949-RNC

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record.

  I am admitted or otherwise authorized to practice in this court, and I appear in this case for Plaintiff Al Madany Islamic Center of Norwalk, Inc.

Dated: New York, NY
    October 1, 2012

By:/s/Sadaf R. Abdullah
Sadaf R. Abdullah, phv05671
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center, 250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7247
Fax: (212) 230-8888
Sadaf.abdullah@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2012, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicate on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

By:/s/Sadaf R. Abdullah
Sadaf R. Abdullah, phv05671