UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC | : | NO.: 3:12-CV-00949-RNC |
| | : | |
| v. | : | |
| | : | |
| CITY OF NORWALK, CONNECTICUT and CITY OF NORWALK ZONING COMMISSION | : | OCTOBER 3, 2012 |

### NOTICE OF APPEARANCE

Please enter the appearance of **Thomas R. Gerarde**, as attorney for the defendants, **City of Norwalk, Connecticut and City of Norwalk Zoning Commission**, in the above-entitled action.

      DEFENDANTS,
      CITY OF NORWALK, CONNECTICUT and
      CITY OF NORWALK ZONING
      COMMISSION


      By___/s/ Thomas R. Gerarde_____
        Thomas R. Gerarde
        ct05640
        Howd & Ludorf, LLC
        65 Wethersfield Avenue
        Hartford, CT  06114
        (860) 249-1361
        (860) 249-7665 (Fax)
        E-Mail: tgerarde@hl-law.com

## **CERTIFICATION**

      This is to certify that on **October 3, 2012**, a copy of the foregoing **Notice of Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

| | |
|---|---|
| John F. Fallon, Esq.<br>53 Sherman Street<br>P.O. Box 541<br>Fairfield, CT  06824 | Roman P. Storzer, Esq.<br>Storzer & Greene, P.L.L.C.-DC<br>1025 Connecticut Ave., NW, Suite 1000<br>Washington, DC  20036 |
| H. Lawrence Stierhoff, Esq.<br>Peter K. Vigeland, Esq.<br>Victoria J. Lee, Esq.<br>Sadaf Abdullah, Esq.<br>Wilmer, Cutler, Pickering, Hale<br> & Dorr, LLP-NY<br>7 World Trade Center<br>New York, NY  10007 | Robert F. Maslan, Jr., Esq.<br>Corporation Counsel<br>City of Norwalk Law Department<br>P.O. Box 799<br>Norwalk, CT  06854-0799 |
| Robert L. Greene, Esq.<br>Storzer & Greene, P.L.L.C.-NY<br>110 Wall Street, 11th Floor<br>New York, NY  10005 | Marc J. Grenier, Esq.<br>DePanfilis & Vallerie<br>25 Belden Ave.<br>P.O. Box 699<br>Norwalk, CT  06852-0699 |

                                                                  ___/s/ Thomas R. Gerarde_____
                                                                       Thomas R. Gerarde