# Appellate Division of the Supreme Court
## of the State of New York
### First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## PETER KRISTIAN VIGELAND

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **February 2, 1981,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

September 21, 2012

6145

Clerk of the Court

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2012, a copy of foregoing Certificate of Good

Standing was filed electronically and served by mail on anyone unable to accept electronic filing.

Notice of this filing will be sent by e-mail to all by operation of the Court's electronic filing

system or by mail to anyone unable to accept electronic filing as indicated on the Notice of

Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


By: /s/Peter K. Vigeland_____
     Peter K. Vigeland, ct24180