EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

AL MADANY ISLAMIC CENTER OF
NORWALK, INC., a Connecticut non-stock
corporation,

                Plaintiff,         **CITATION**

v.                                        No.

CITY OF NORWALK, CONNECTICUT,      JUNE 28, 2012
and CITY OF NORWALK ZONING
COMMISSION,

                Defendants.

TO ANY PROPER OFFICER:

      You are hereby commanded to summon the Norwalk Zoning Commission, 125 East Avenue, Norwalk, Connecticut to appear before the Federal District Court for the District of Connecticut then and there to answer unto the foregoing Complaint of Al Madany Islamic Center of Norwalk, Inc. Notice of this action shall be given by leaving with or at the usual place of abode of the Town Clerk, Richard McQuaid and the City Clerk, Erin Halsey of the City of Norwalk, two true and attested copies of the Complaint and of this Citation, as prescribed by Connecticut General Statutes Section 8-8(2)(f)(2) at least twelve (12) days before the return date. The Clerk shall retain one copy and forward the second copy to the Norwalk Zoning Commission.

      The Plaintiff, acting by it's President, Abdul Ghaffer Khan, as principal and Lucille Furtado of 1155 Naugatuck Avenue, Town of Milford, County of New Haven, State of Connecticut as surety are recognized in the sum of $500.00 to prosecute this appeal to effect and comply with the orders and decrees of the Court.

      Hereof fail not but of this writ and doings thereon make due service and return.

Dated at Fairfield, Connecticut this 28 th day of June, 2012.

                        AL MADANY ISLAMIC
                        CENTER OF NORWALK, INC.

BY: _____
     JOHN F. FALLON, ESQ.
     53 SHERMAN STREET
     FAIRFIELD, CT 06824
     (203) 256-3247