EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AL MADANY ISLAMIC CENTER OF NORWALK,
INC., a Connecticut non-stock corporation,

           Plaintiff,

v.

CITY OF NORWALK, CONNECTICUT, and CITY
OF NORWALK ZONING
COMMISSION,

           Defendants.

**RECOGNIZANCE WITH SURETY**

No.

JUNE 28, 2012

    Al Madany Islamic Center of Norwalk, Inc., acting by it's President, Abdul Ghaffer Khan as Principal and Lucille S. Furtado, 1155 Naugatuck Avenue, Milford, CT as surety, hereby acknowledge themselves jointly and severally bound unto the Norwalk Zoning Commission in a recognizance of $500.00 that the Principal shall prosecute to effect the action which it has taken against the said Norwalk Zoning Commission brought to the Federal District Court for the District of Connecticut and that said Principal shall comply with the orders and decrees of said Court and that the said Principal shall pay any costs for which judgment may be rendered against them thereon.

    Dated at Fairfield, Connecticut this 28th day of June, 2012.

JOHN F. FALLON, ESQ.
COMMISSIONER OF THE
SUPERIOR COURT