UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., a Connecticut non-stock corporation, | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : <br> : |
| vs. | : No. 3:12-CV-00949-RNC <br> : |
| CITY OF NORWALK, CONNECTICUT, and CITY OF NORWALK ZONING COMMISSION, | : <br> : <br> : <br> : |
| Defendants. | : DECEMBER 24, 2012 |

### DEFENDANTS' RESPONSE TO SECOND MOTION TO INTERVENE FILED BY STONEGATE CONDOMINIUM ASSOCIATION, INC.

The defendants, the City of Norwalk and the Norwalk Zoning Commission, by their undersigned counsel, hereby consent to the Second Motion to Intervene that was filed by Stonegate Condominium Association, Inc.

THE DEFENDANTS
CITY OF NORWALK and
NORWALK ZONING COMMISSION

By:     \_\_\_s/_____
Robert F. Maslan, Jr., Esq.
Corporation Counsel
Fed. Bar No. ct07919
City of Norwalk
Law Department
P.O. 799
Norwalk, CT 06854-0799
Phone:  203-854-7750
Fax:  203-854-7901
Email:  rmaslan@norwalkct.org

- 2 -

## CERTIFICATION

I hereby certify that on December 24, 2012, a copy of the foregoing Defendants' Response To Second Motion To Intervene Filed By Stonegate Condominium Association, Inc. was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM-ECF System.

                           _____s/_____
                           **Robert F. Maslan, Jr.**