UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC | : | NO.: 3:12-CV-00949-RNC |
| | : | |
| v. | : | |
| | : | |
| CITY OF NORWALK, CONNECTICUT and CITY OF NORWALK ZONING COMMISSION | : : : | JANUARY 18, 2013 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. Rule 7(e), the undersigned moves to withdraw her appearance filed on behalf of the defendants, **City of Norwalk, Connecticut and City of Norwalk Zoning Commission**.

The afore-mentioned defendants are being represented by Robert F. Maslan, Jr., Esq., City of Norwalk Law Department and Joseph P. Williams, Esq. of Shipman & Goodwin, LLP.

        DEFENDANTS,
        CITY OF NORWALK, CONNECTICUT and
        CITY OF NORWALK ZONING
        COMMISSION


        By__/s/ Emily E. Cosentino_____
          Emily E. Cosentino
          Ct28410
          Howd & Ludorf, LLC
          65 Wethersfield Avenue
          Hartford, CT  06114
          (860) 249-1361
          (860) 249-7665 (Fax)
          E-Mail:  ecosentino@hl-law.com

## **CERTIFICATION**

      This is to certify that on **January 18, 2013**, a copy of the foregoing **Motion to Withdraw Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

| | |
|---|---|
| John F. Fallon, Esq.<br>53 Sherman Street<br>P.O. Box 541<br>Fairfield, CT  06824 | Roman P. Storzer, Esq.<br>Storzer & Greene, P.L.L.C.-DC<br>1025 Connecticut Ave., NW, Suite 1000<br>Washington, DC  20036 |
| H. Lawrence Stierhoff, Esq.<br>Peter K. Vigeland, Esq.<br>Victoria J. Lee, Esq.<br>Sadaf Abdullah, Esq.<br>Wilmer, Cutler, Pickering, Hale<br> & Dorr, LLP-NY<br>7 World Trade Center<br>New York, NY  10007 | Robert F. Maslan, Jr., Esq.<br>Corporation Counsel<br>City of Norwalk Law Department<br>P.O. Box 799<br>Norwalk, CT  06854-0799 |
| Robert L. Greene, Esq.<br>Storzer & Greene, P.L.L.C.-NY<br>110 Wall Street, 11th Floor<br>New York, NY  10005 | Marc J. Grenier, Esq.<br>DePanfilis & Vallerie<br>25 Belden Ave.<br>P.O. Box 699<br>Norwalk, CT  06852-0699 |

        __/s/ Emily E. Cosentino_____
        Emily E. Cosentino