UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., a Connecticut non-stock Corporation, | ) ) ) ) CIVIL ACTION NO: |
| Plaintiff, | ) 3:12-CV-00949 (RNC) |
| v. | ) ) |
| CITY OF NORWALK, CONNECTICUT, and CITY OF NORWALK ZONING COMMISSION, | ) ) ) ) |
| Defendants. | ) JANUARY 18, 2013 |

## APPEARANCE

Please enter my appearance, in addition to any appearances already on file, as attorney for the defendants, City of Norwalk, Connecticut and City of Norwalk Zoning Commission, in the above-captioned matter.

/s/ Amber N. Sarno
Amber N. Sarno
Federal Bar No. ct27777
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919
(860) 251-5000 (telephone)
(860) 251-5318 (fax)
asarno@goodwin.com

## CERTIFICATION OF SERVICE

    I hereby certify that on January 18, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                      /s/ Amber N. Sarno
                                      Amber N. Sarno

2645689v1