UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., a Connecticut non-stock Corporation, | ) ) ) ) | CIVIL ACTION NO: |
| Plaintiff, | ) ) | 3:12-cv-00949 (RNC) |
| v. | ) ) | |
| CITY OF NORWALK, CONNECTICUT, and CITY OF NORWALK ZONING COMMISSION, | ) ) ) ) | |
| Defendants. | ) | JANUARY 24, 2013 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS

Defendants City of Norwalk and City of Norwalk Zoning Commission move, pursuant to Fed. R. Civ. Proc. 6(b)(1) and Local Civ. R. 7(b)(1), for an extension of thirty (30) days to file objections and responses to Plaintiff's First Set of Interrogatories dated December 21, 2012 and Document Requests dated December 27, 2012 (the "Discovery Requests"). This extension is requested as newly appearing counsel requires additional time to review Plaintiff's extensive Discovery Requests. The undersigned has inquired of counsel for Plaintiff who has indicated Plaintiff's consent to this motion. This is Defendants' first request for an extension of time to respond to Plaintiff's Discovery Requests.

        Respectfully submitted,

        CITY OF NORWALK AND CITY OF
        NORWALK ZONING COMMISSION

        /s/ Joseph P. Williams
        Joseph P. Williams
        Federal Bar No. ct14809
        Shipman & Goodwin LLP
        One Constitution Plaza
        Hartford, Connecticut 06103-1919
        (860) 251-5000 (telephone)
        (860) 251-5318 (fax)
        jwilliams@goodwin.com

## CERTIFICATION OF SERVICE

      I hereby certify that on January 24, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

        /s/ Joseph P. Williams
        Joseph P. Williams

2650189v1