THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., a Connecticut non-stock corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO: |
| v. | ) ) ) | 3:12-cv-00949 (RNC) |
| CITY OF NORWALK, CONNECTICUT, and CITY OF NORWALK ZONING COMMISSION, | ) ) ) ) | |
| Defendants. | ) | FEBRUARY 11, 2013 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO**
**RESPOND TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

Plaintiff Al Madany Islamic Center of Norwalk, Inc. moves, pursuant to Fed. R. Civ. Proc. 6(b)(1) and Local Civ. R. 7(b)(1), for an extension of thirty (30) days to serve objections and responses to Defendant City of Norwalk, Connecticut's First Set of Interrogatories, which were served on January 9, 2013.  This extension is requested because counsel for Plaintiff and Plaintiff need additional time to prepare responses to Defendant's interrogatories.  Counsel for Defendants has consented to this extension.  The request for this extension is Plaintiff's first.

Dated February 11, 2013

                        Respectfully Submitted,

                        /s/ Peter K. Vigeland_____
                        Peter K. Vigeland
                        *Admitted pro hac vice*
                        WILMER CUTLER PICKERING
                          HALE AND DORR LLP
                        7 World Trade Center, 250 Greenwich Street

New York, New York 10007
Tel: (212) 230-8807
peter.vigeland@wilmerhale.com
Fed. Bar #CT 24180

John F. Fallon
53 Sherman Street
Fairfield, CT 06824
Tel: (203) 256-3247
jfallon@snet.net
Fed. Bar # CT 06085

Roman P. Storzer
*Admitted pro hac vice*
STORZER & GREENE, P.L.L.C.
1025 Connecticut Avenue, Northwest
Suite One Thousand
Washington, D.C. 20036
Tel: (202) 857-9766
storzer@storzerandgreene.com

*Attorneys for Plaintiff Al Madany Islamic Center of Norwalk, Inc.*

**Certification of Service**

This is to certify that on this 11th day of February 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filling. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Peter K. Vigeland
Peter K. Vigeland