# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., a Connecticut non-stock Corporation, | ) ) ) ) | CIVIL ACTION NO: |
| Plaintiff, | ) ) | 3:12-cv-00949 (RNC) |
| v. | ) ) | |
| CITY OF NORWALK, CONNECTICUT, and CITY OF NORWALK ZONING COMMISSION, | ) ) ) ) | |
| Defendants. | ) | FEBRUARY 22, 2013 |

## DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS

Defendants City of Norwalk and City of Norwalk Zoning Commission move, pursuant to Fed. R. Civ. Proc. 6(b)(1) and Local Civ. R. 7(b)(1), for an extension of one week to serve objections and responses to Plaintiff's First Set of Interrogatories dated December 21, 2012 and Document Requests dated December 27, 2012 (the "Discovery Requests"). The responses are currently due on February 25, 2013. The undersigned has inquired of counsel for Plaintiff who has indicated that Plaintiff has no objection to this motion. This is Defendants' second request for an extension of time to respond to Plaintiff's Discovery Requests.

        Respectfully submitted,

        CITY OF NORWALK AND CITY OF
        NORWALK ZONING COMMISSION

        /s/ Amber N. Sarno
        Amber N. Sarno
        Federal Bar No. ct27777
        Shipman & Goodwin LLP
        One Constitution Plaza
        Hartford, Connecticut 06103-1919
        (860) 251-5000 (telephone)
        (860) 251-5318 (fax)
        asarno@goodwin.com

## CERTIFICATION OF SERVICE

I hereby certify that on February 22, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

        /s/ Amber N. Sarno
        Amber N. Sarno

2693909v1