

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Marci A. Hamilton, Esq.*

### DATE OF ADMISSION

*May 19, 1989*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: February 11, 2013

_____
Patricia A. Johnson
Chief Clerk