UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., a Connecticut non-stock corporation, | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| vs. | : No. 3:12-CV-00949-RNC <br> : |
| CITY OF NORWALK, CONNECTICUT, and CITY OF NORWALK ZONING COMMISSION, | : <br> : <br> : <br> : |
| Defendants. | : MARCH 12, 2013 |

## CERTIFICATION OF SERVICE OF CERTIFICATE OF GOOD STANDING

I hereby certify that on March 6, 2013, a copy of the Certificate of Good Standing of Attorney Marci Hamilton was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM-ECF System.

                            CITY OF NORWALK and
                            ZONING COMMISSION OF
                            THE CITY OF NORWALK

**By:**    s/
                      **Robert F. Maslan, Jr., Esq.**
                      **Corporation Counsel**
                      **Fed. Bar No. ct07919**
                      **City of Norwalk - Law Department**
                      **P.O. Box 799**
                      **Norwalk, CT 06854-0799**
                      **Phone: 203-854-7750, Fax: 203-854-7901**
                      **Email: rmaslan@norwalkct.org**