UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AL MADANY ISLAMIC CENTER
OF NORWALK, INC.

                                      Case Number: 3:12-cv 0949 (MPS)

                Plaintiffs,

vs.

CITY OF NORWALK, CONNECTICUT
And CITY OF NORWALK ZONING
COMMISSION,

                Defendants,            March 19, 2013

STONEGATE CONDOMINIUM
ASSOCIATION, INC.
      Intervenor-Defendant.

### MOTION FOR EXTENSION OF TIME BY STONEGATE CONDOMINIUM ASSOCIATION, INC.

Pursuant to Rule 7(b) of the Local Rules of the U.S. District Court for the District of Connecticut, the Intervenor-Defendant, through counsel, hereby moves for an extension of time until April 19, 2013, within which to respond to the Plaintiff's First Request for Production of Documents in the above-mentioned matter.

It is Represented as follows:

    1.    This is the first request for an extension of time requested by the Intervenor-Defendant in this matter; and

2.      The undersigned has contacted Plaintiff's counsel, Sadaf R. Abdullah, to determine if she has any objection to the granting of this motion for an extension of time, and she is in agreement with the same.

WHEREFORE, for the foregoing reasons, the Intervenor-Defendant requests that the motion for an extension to respond to the Plaintiff's First Request for Production of Documents be granted to April 19, 2013.

Respectfully submitted,

Marc J. Grenier ct 10545
DePanfilis & Vallerie, LLC
25 Belden Avenue
P.O. Box 699
Norwalk, CT 06852-0699
(203) 846-9585
Fax: (203) 847-2849
E-mail:mgrenier@dandvlaw.com

## CERTIFICATION

I hereby certify that on March 19, 2013, a copy of the foregoing Defendant's Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM-ECF System.

H. Lawrence Stierhoff, Esq.
Peter K. Vigeland, Esq.
Sadaf R. Abdullah, Esq.
Victoria J. Lee, Esq.
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
212-937-7247
Fax: 212-230-8888
Email: lawrence.stierhoff@wilmerhale.com
Email: peter.vigeland@wilmerhale.com
Email: sadaf.abdullah@wilmerhale.com
Email: victoria.lee@wilmerhale.com

John F. Fallon, Esq.
53 Sherman Street
PO Box 541
Fairfield, CT 06824
203-256-3247
Fax: 203-256-8796
Email: JFFallon@snet.net

Robert L. Greene
Storzer and Greene P.L.L.C – NY
110 Wall Street, 11th Floor
New York, NY 10005
212-943-4343
Fax: 212-315-3996
Email: greene@storzerandgreene.com

Roman P. Storzer
1025 Connecticut Ave, NW, Suite 1000
Washington, DC 20036
202-857-9766
Fax: 202-315-3996
Email: storzer@storzerandgreene.com

Amber N. Sarno, Esq.
Joseph P. Williams, Esq.
Shipman & Goodwin
One Constitution Plaza
Hartford, CT 06103-1919
860-251-5043
Fax: 860-251-5099
Email: asarno@goodwin.com

Marci Hamilton, Esq.
36 Timber Knoll Drive
Washington Crossing, PA 18977
215-353-8984
Fax: 215-493-1094
Email: hamilton.marci@gmail.com

Garrett A. Denniston
Bishop Jackson and Kelly
472 Wheelers Farms Road – 3rd Floor
Milford, Connecticut 06461
203-647-3300
Fax: 203-647-3333
Email: gad@bjklaw.us

Robert F. Maslan, Jr.
Corporation Counsel, City of Norwalk, Law Department
PO Box 799
Norwalk, CT 06854
203-854-7750
Fax: 203-854-7901
Email: RMaslan@norwalkct.org

*/s/ Marc J. Grenier*
Marc J. Grenier