UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., a Connecticut non-stock Corporation, | ) ) ) ) | CIVIL ACTION NO: |
| Plaintiff, | ) ) ) | 3:12-cv-00949 (MPS) |
| v. | ) ) | |
| CITY OF NORWALK, CONNECTICUT, and CITY OF NORWALK ZONING COMMISSION, | ) ) ) ) | |
| Defendants. | ) | APRIL 15, 2013 |

DEFENDANTS' MOTION TO DISMISS
FOR LACK OF SUBJECT MATTER JURISDICTION AND MOTION
FOR JUDGMENT ON THE PLEADINGS FOR FAILURE TO STATE A CLAIM

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 12(c) Defendants, City of Norwalk and City of Norwalk Zoning Commission hereby respectfully move to dismiss and move for judgment on the pleadings regarding the Amended Complaint of Plaintiff Al Madany Islamic Center of Norwalk, Inc. ("Al Madany" or "Plaintiff"). In support of this motion, and in accordance with Rule 7(a) of the Local Rules, Defendants are filing herewith a memorandum of law with exhibits. In addition, Defendants have filed the Return of Record that was before the Norwalk Zoning Commission. As more fully set forth in the memorandum of law, all of the Plaintiff's claims should be dismissed for lack of ripeness, including the Plaintiff's administrative appeal claim because the Plaintiff has failed to exhaust its state court remedies. In addition, all of the Plaintiff's claims, except for the state law administrative appeal claim (which was improperly brought to federal court), should be dismissed for failure to state a claim. All RLUIPA claims should be dismissed because RLUIPA is unconstitutional. Further, the Court should decline supplemental jurisdiction over the Plaintiff's state law claims.

ORAL ARGUMENT REQUESTED

WHEREFORE, Defendants respectfully request that this Court grant its Motion to Dismiss and Motion for Judgment on the Pleadings.

        Respectfully submitted,

        CITY OF NORWALK AND CITY OF
        NORWALK ZONING COMMISSION

        /s/ Marci A. Hamilton
        Marci A. Hamilton, *pro hac vice*
        36 Timber Knoll Drive
        Washington Crossing, PA  18977
        Telephone (215) 353-8984
        Email: Hamilton.marci@gmail.com

        Robert F. Maslan, Jr. (ct07919)
        Corporation Counsel
        City of Norwalk Law Department
        P. O. Box 799
        Norwalk, CT  06854-0799
        Telephone (203) 854-7750
        Facsimile (203)-854-7901
        Email:  rmaslan@norwalkct.org

        Joseph P. Williams (ct14809)
        Amber N. Sarno (ct27777)
        Shipman & Goodwin LLP
        One Constitution Plaza
        Hartford, CT  06103-1919
        Telephone (860) 251-5000
        Facsimile (860) 251-5218
        Email:  jwilliams@goodwin.com
        Email:  asarno@goodwin.com

<u>CERTIFICATION OF SERVICE</u>

I hereby certify that on April 15, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

<u>/s/ Amber N. Sarno</u>
Amber N. Sarno

2767971v1