# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., a Connecticut non-stock corporation,<br><br>       Plaintiff,<br>v.<br><br>CITY OF NORWALK, CONNECTICUT, and CITY OF NORWALK ZONING COMMISSION,<br>       Defendants. | No. 3:12-cv-00949-MPS |

**PLAINTIFF AL MADANY ISLAMIC CENTER OF NORWALK, INC.'S
SECOND SET OF INTERROGATORIES TO DEFENDANT CITY OF NORWALK
ZONING COMMISSION**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Local Rule 26, Al Madany Islamic Center of Norwalk, Inc. requests that the City of Norwalk Zoning Commission answer the following Interrogatories by March 28, 2013, or as required by the Federal Rules of Civil Procedure.

### DEFINITIONS AND INSTRUCTIONS

Al Madany hereby incorporates by reference its Definitions and Instructions set forth in Plaintiff Al Madany Islamic Center of Norwalk, Inc.'s First Set of Interrogatories To Defendant City of Norwalk Zoning Commission.

### INTERROGATORIES

**INTERROGATORY NO. 26:**
  Identify every application for a Special Permit that was denied by Defendant for a Place of Worship or Non-Religious Development from 1975 to the present on the basis that the uses of structures were not identified by the applicant, the name of the applicant, and the date of the denial.

**INTERROGATORY NO. 27:**

Identify every application for a Special Permit that was denied by Defendant for a Place of Worship or Non-Religious Development from 1975 to the present on the basis that the use and bulk of the proposed structures were larger than similar existing structures, the name of the applicant, and the date of the denial.

**INTERROGATORY NO. 28:**

Identify every application for a Special Permit that was denied by Defendant for a Place of Worship or Non-Religious Development from 1975 to the present on the basis that the proposed use(s) of structures were not incidental to and/or customarily associated with the principal use, the name of the applicant, and the date of the denial.

**INTERROGATORY NO. 29:**

Identify every application for a Special Permit that was denied by Defendant for a Place of Worship or Non-Religious Development from 1975 to the present on the basis that the proposed use would adversely impact property values, the name of the applicant, and the date of the denial.

**INTERROGATORY NO. 30:**

Identify every application for a Special Permit that was denied by Defendant for a Place of Worship or Non-Religious Development from 1975 to the present on the basis that the proposed use was inadequately screened and/or buffered from neighboring land uses, the name of the applicant, and the date of the denial.

**INTERROGATORY NO. 31:**

Identify every application for a Special Permit that was denied by Defendant for a Place of Worship from 1975 to the present on the basis that the use of the non-worship area of the place of worship, combined with use of the worship area of the place of worship, would adversely impact stable traffic flow, the name of the applicant, and the date of the denial.

**INTERROGATORY NO. 32:**

Please identify all occasions in which the Defendant has heard the testimony of Traffic Engineer Michael A. Galante of Frederick P. Associates, Inc., or has received a report from Mr. Galante, and state, for each such occasion, the nature of the subject of Mr. Galante's testimony or report, the date of the testimony or report, any application or file numbers associated with Mr. Galante's testimony or report, the identity of the person who had hired Mr. Galante on that occasion, whether or not the Commission found Mr. Galante's testimony or report to be credible, and, if applicable, the reason or reasons that the Commission did not find Mr. Galante's testimony or report to be credible.

Dated: February 21, 2013

*[signature]*

_____
Peter K. Vigeland
Sadaf R. Abdullah
H. Lawrence Stierhoff
Victoria J. Lee
*Admitted pro hac vice*
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8807
peter.vigeland@wilmerhale.com
Fed. Bar #CT 24180

John F. Fallon
53 Sherman Street
Fairfield, CT 06824
Tel: (203) 256-3247
jfallon@snet.net
Fed. Bar # CT 06085

Roman P. Storzer
*Admitted pro hac vice*
STORZER & GREENE, P.L.L.C.
1025 Connecticut Avenue, Northwest
Suite One Thousand
Washington, D.C. 20036
storzer@storzerandgreene.com
Tel: (202) 857-9766

*Attorneys for Plaintiff Al Madany Islamic Center of Norwalk, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2013, I caused the foregoing Plaintiff Al Madany Islamic Center of Norwalk, Inc.'s Second Set of Interrogatories to Defendant City of Norwalk Zoning Commission to be served in the manner indicated below.

By electronic mail and by First Class mail:

Joseph P. Williams
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919
Tel: (860) 251-5000
Email: jwilliams@goodwin.com

By electronic mail:

Robert F. Maslan, Jr.
Corporation Counsel
City of Norwalk Law Department
P.O. 799
Norwalk, CT 06854-0799
Tel: (203) 854-7750
Email: rmaslan@norwalkct.org

Marci A. Hamilton
36 Timber Knoll Dr.
Washington Crossing, PA 18977
Tel.: (215) 353-8984
Email: hamilton.marci@gmail.com

Amber N. Sarno
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919
Tel: (860) 251-5043
Email: asarno@goodwin.com

_/s/ Abdullah_

Sadaf R. Abdullah, Esq.