UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., | : | |
| | : | |
| | : | |
| Plaintiff, | : | Case No. 3:12-cv-00949 (MPS) |
| | : | |
| - against - | : | |
| | : | |
| CITY OF NORWALK and | : | |
| ZONING COMMISISON OF THE CITY OF | : | |
| NORWALK | : | |
| | : | |
| Defendants. | : | APRIL 22, 2013 |

DEFENDANTS' NOTICE OF
CONSTITUTIONAL CHALLENGE TO FEDERAL STATUTE

The defendants City of Norwalk and City of Norwalk Zoning Commission, pursuant to

28 U.S.C. § 2403 and Fed. R. Civ. Proc. 5.1(a), hereby give notice that they have called into

question the constitutionality of the Religious Land Use and Institutionalized Persons Act, 42

U.S.C. §§ 2000cc *et seq*.  The grounds for such challenge are set forth in the defendants'

Motion to Dismiss and Motion for Judgment on the Pleadings and supporting Memorandum of

Law (Doc. No. 102), which will be forwarded to the U.S. Attorney General along with this

Notice.

Respectfully submitted,

CITY OF NORWALK AND CITY OF
NORWALK ZONING COMMISSION

/s/ Joseph P. Williams
Joseph P. Williams (ct14809)
Amber N. Sarno (ct27777)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919
Telephone (860) 251-5000
Facsimile (860) 251-5218
Email:  jwilliams@goodwin.com
Email  asarno@goodwin.com

Robert F. Maslan, Jr. (ct07919)
Corporation Counsel
City of Norwalk Law Department
P. O. Box 799
Norwalk, CT  06854-0799
Telephone (203) 854-7750
Facsimile (203)-854-7901
Email: rmaslan@norwalkct.org

Marci A. Hamilton, *pro hac vice*
36 Timber Knoll Drive
Washington Crossing, PA  18977
Telephone (215) 353-8984
Email: Hamilton.marci@gmail.com

2

CERTIFICATION OF SERVICE

I hereby certify that on April 22, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

Pursuant to Fed. R. Civ. Proc. 5.1(a)(2), a copy of the foregoing Notice of Constitutional Challenge, together with copies of the Motion to Dismiss and Motion for Judgment on the Pleadings and supporting Memorandum of Law was sent by certified mail on April 22, 2013 to the following:

The Attorney General of the United States of America
Eric H. Holder, Jr.
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

/s/ Joseph P. Williams
Joseph P. Williams