UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK<br><br>*Plaintiff*,<br><br>v.<br><br>CITY OF NORWALK, CONNECTICUT and ZONING COMMISSION OF THE CITY OF NORWALK<br><br>*Defendants*. | Civil Action No. 3:12-cv-00949 (MPS)<br><br><br>April 30, 2013 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

      PLEASE TAKE NOTICE that Robert J. Prince (Connecticut Federal Bar Number phv06056), United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as counsel of record for the United States of America.  All future correspondence and other communications regarding this case should be directed to Mr. Prince at the following addresses:

**FOR U.S. MAIL**    Robert J. Prince
                        U.S. Department of Justice
                        Civil Division, Federal Programs Branch
                        Post Office Box 883
                        Washington, D.C. 20044

**FOR COURIER**   Robert J. Prince
**AND HAND**        U.S. Department of Justice
**DELIVERIES**      Civil Division, Federal Programs Branch
                        20 Massachusetts Ave., N.W., Room 5106
                        Washington, D.C. 20001

**U.S. MAIL SENT TO THE ADDRESS FOR COURIER AND HAND DELIVERIES MAY TAKE UP TO THREE WEEKS TO REACH COUNSEL.**

Mr. Prince may be reached by phone at (202) 305-3654 or by electronic mail at robert.prince@usdoj.gov.  Faxes for Mr. Prince should be sent to (202) 616-8460.

Date: April 30, 2013

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

DAVID B. FEIN
United States Attorney

JOHN R. GRIFFITHS
Assistant Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

 /s/ Robert J. Prince
ROBERT J. PRINCE
Connecticut Federal Bar Number: phv06056
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel:  (202) 305 3654
Fax: (202) 616-8460
Email:  robert.prince@usdoj.gov

*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2013, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

    /s/ Robert J. Prince
ROBERT J. PRINCE
Connecticut Federal Bar Number: phv06056
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel:  (202) 305 3654
Fax: (202) 616-8460
Email:  robert.prince@usdoj.gov

*Counsel for the United States of America*