UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK<br><br>*Plaintiff*,<br><br>v.<br><br>CITY OF NORWALK, CONNECTICUT and ZONING COMMISSION OF THE CITY OF NORWALK<br><br>*Defendants*. | Civil Action No. 3:12-cv-00949 (MPS)<br><br><br>April 30, 2013 |

**UNITED STATES OF AMERICA'S
ACKNOWLEDGMENT OF CONSTITUTIONAL CHALLENGE**

The United States of America hereby submits this Acknowledgment of Constitutional Challenge and states as follows:

1. On or about April 16, 2013, Defendants filed a Motion to Dismiss and for Judgment on the Pleadings [doc. #102] and accompanying Memorandum of Law in Support [doc. #102-1] in the above captioned matter. Defendants' Motion contains a challenge to the constitutionality of the Religious Land Use and Institutionalized Persons Act of 2000 (RLUIPA), Pub. L. No. 106-274, 114 Stat. 803-807, codified at 42 U.S.C. §§ 2000cc et seq.

2. On or about April 22, 2013, pursuant to Rule 5.1(a) of the Federal Rules of Civil Procedure, Defendants filed a Notice of Constitutional Challenge to Federal Statute [doc. #105] and served such Notice, together with a copy of their Motion to Dismiss, upon the Attorney General of the United States.

3. The United States is authorized to intervene in any federal court action in which the constitutionality of an Act of Congress is drawn into question. 28 U.S.C. § 2403(a).

Pursuant to Rule 5.1 of the Federal Rules of Civil Procedure, the United States may intervene within 60 days after notice is filed by the party drawing into question the constitutionality of a federal statute or after the court certifies the challenge, whichever is earlier.  See Fed. R. Civ. P. 5.1(c).

4. Under the Department of Justice's regulations, the approval of the Solicitor General is required for the United States to intervene in an action to defend the constitutionality of a federal statute.  See 28 C.F.R. § 0.21.  The United States anticipates that it will require up to 60 days to obtain a decision from the Solicitor General and, if the Solicitor General authorizes intervention, file a notice of intervention and submit a brief in support of RLUIPA's constitutionality.  Therefore, in compliance with Rule 5.1(c), the United States anticipates that it would be prepared to submit a notice of intervention and a memorandum in support of RLUIPA's constitutionality by June 21, 2011.

5. The United States understands that this Court may reach a final decision on the Motion to Dismiss without reaching the merits of the constitutional questions.  The United States also understands that Rule 5.1(c) states that "[b]efore the time to intervene expires, the court may reject the constitutional challenge, but may not enter a final judgment holding the statute unconstitutional."  Should this Court reach a final decision on the pending motion without reaching the merits of the constitutional questions, or should it uphold RLUIPA's constitutionality before the United States has made a decision on whether it will intervene, it will become unnecessary for the United States to intervene.

Date: April 30, 2013    Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

DAVID B. FEIN
United States Attorney

JOHN R. GRIFFITHS
Assistant Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

 /s/ Robert J. Prince
ROBERT J. PRINCE
Connecticut Federal Bar Number: phv06056
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 305 3654
Fax: (202) 616-8460
Email: robert.prince@usdoj.gov

*Counsel for the United States of America*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 30, 2013, a copy of foregoing Acknowledgment of Constitutional Challenge was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                         */s/ Robert J. Prince*
                                                         ROBERT J. PRINCE
                                                         Connecticut Federal Bar Number: phv06056
                                                         United States Department of Justice
                                                         Civil Division, Federal Programs Branch
                                                         20 Massachusetts Ave., N.W.
                                                         Washington, DC 20530
                                                         Tel: (202) 305 3654
                                                         Fax: (202) 616-8460
                                                         Email: robert.prince@usdoj.gov

                                                         *Counsel for the United States of America*