UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., : : : | |
| Plaintiff, : | Case No. 3:12-cv-00949 (MPS) |
| : | |
| - against - : | |
| : | |
| CITY OF NORWALK and : ZONING COMMISSION OF THE CITY : OF NORWALK : | |
| : | |
| Defendants. : | MAY 9, 2013 |

## SUPPLEMENTAL RETURN OF RECORD

The Norwalk Zoning Commission (the "Commission"), by its undersigned Counsel, hereby files this Supplemental Return of Record to correct and replace Record Exhibits 65 and 68, which through the Commission's inadvertent omission are missing certain pages as filed on April 16, 2013. Record Exhibit 65 is the Traffic Study for Islamic Center at 127 Fillow Street prepared by H.K. Associates, dated June 1, 2009, and is now a total of 94 pages. Record Exhibit 68 is the Traffic Access & Impact Study Update, prepared by Frederick P. Clark Associates, Inc. for Al Madany Islamic Center of Norwalk, dated June 2011, and is now a total of 70 pages.

DEFENDANT,
CITY OF NORWALK ZONING COMMISSION

/s/ Amber N. Sarno
Joseph P. Williams (ct14809)
Amber N. Sarno (ct27777)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919
Telephone (860) 251-5000
Facsimile (860) 251-5318
Email:  jwilliams@goodwin.com
Email:  asarno@goodwin.com

Robert F. Maslan, Jr. (ct07919)
Corporation Counsel
City of Norwalk Law Department
P. O. Box 799
Norwalk, CT  06854-0799
Telephone (203) 854-7750
Facsimile (203)-854-7901
Email: rmaslan@norwalkct.org

Marci A. Hamilton, *pro hac vice*
36 Timber Knoll Drive
Washington Crossing, PA  18977
Telephone (215) 353-8984
Email: Hamilton.marci@gmail.com

CERTIFICATION OF SERVICE

      I hereby certify that on May 9, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

      /s/ Amber N. Sarno
      Amber N. Sarno

2772942v1