UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AL MADANY ISLAMIC
CENTER OF NORWALK INC.

                                                Civil Action Number: 3:12-CV-00949(MPS)
                     Plaintiff,

vs.

CITY OF NORWALK AND
ZONING COMMISSION OF
THE CITY OF NORWALK
                     Defendants

**APPEARANCE**

To the Clerk of this Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Third Party Witness/Deponent:

        Fillow Ridge Condominium Association, Inc.

MAY 9, 2013

                             Marc J. Grenier, ct 10545
                             DePanfilis & Vallerie, LLC
                             25 Belden Avenue
                             P.O. Box 699
                             Norwalk, CT 06852-0699
                             (203) 846-9585
                             Fax: (203) 847-2849
                             E-mail:mgrenier@dandvlaw.com

## **CERTIFICATION**

I hereby certify that on May 9, 2013, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM-ECF System.

H. Lawrence Stierhoff, Esq.
Peter K. Vigeland, Esq.
Sadaf R. Abdullah, Esq.
Victoria J. Lee, Esq.
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
212-937-7247
Fax: 212-230-8888
Fax: lawrence.stierhoff@wilmerhale.com
Fax: peter.vigeland@wilmerhale.com
Fax: sadaf.abdullah@wilmerhale.com
Fax: victoria.lee@wilmerhale.com

John F. Fallon, Esq.
53 Sherman Street
PO Box 541
Fairfield, CT 06824
203-256-3247
Fax: 203-256-8796
Email: JFFallon@snet.net

Robert L. Greene
Storzer and Greene P.L.L.C – NY
110 Wall Street, 11th Floor
New York, NY 10005
212-943-4343
Fax: 212-315-3996
Email: greene@storzerandgreene.com

Roman P. Storzer
1025 Connecticut Ave, NW, Suite 1000
Washington, DC 20036
202-857-9766
Fax: 202-315-3996
Email: storzer@storzerandgreene.com

Amber N. Sarno, Esq.
Joseph P. Williams, Esq.
Shipman & Goodwin
One Constitution Plaza
Hartford, CT 06103-1919
860-251-5043
Fax: 860-251-5099
Email: asarno@goodwin.com

Marci Hamilton, Esq.
36 Timber Knoll Drive
Washington Crossing, PA 18977
215-353-8984
Fax: 215-493-1094
Email: hamilton.marci@gmail.com

Garrett A. Denniston
Bishop Jackson and Kelly
472 Wheelers Farms Road – 3rd Floor
Milford, Connecticut 06461
203-647-3300
Fax: 203-647-3333
Email: gad@bjklaw.us

Robert F. Maslan, Jr.
Corporation Counsel, City of Norwalk, Law Department
PO Box 799
Norwalk, CT 06854
203-854-7750
Fax: 203-854-7901
Email: RMaslan@norwalkct.org

_____
Marc J. Grenier, ct 10545