# THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., a Connecticut non-stock corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO: |
| v. | ) ) ) | 3:12-cv-00949 (MPS) |
| CITY OF NORWALK, CONNECTICUT, and CITY OF NORWALK ZONING COMMISSION, | ) ) ) ) | |
| Defendants, and | ) ) | May 15, 2013 |
| STONEGATE CONDOMINIUM ASSOCIATION, INC. | ) ) ) | |
| Intervenor-Defendants. | ) | |

## JOINT MOTION FOR
## EXTENSION OF TWO SETS OF EXPERT DISCOVERY DEADLINES

Pursuant to Fed. R. Civ. Proc. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(2), plaintiff Al Madany Islamic Center of Norwalk, Inc. ("Al Madany") and defendants City of Norwalk, Connecticut and City of Norwalk Zoning Commission (collectively, "Norwalk" or "defendants") move for 30-day extensions of certain deadlines relating to expert discovery. Pursuant to D. Conn. L. Civ. R. 7(b)(3), intervenor-defendant Stonegate Condominium Association, Inc. consents to this motion.

In support of this request, the moving parties state as follows:

1.      The parties have conferred and continue their efforts to resolve issues concerning discovery requests and responses by both sides.  The parties have not yet completed the discovery needed by Al Madany's zoning and planning expert to prepare his report.

2.      Al Madany and Norwalk jointly request that the current deadlines for Al Madany's planning and zoning expert, set by the Order granting Plaintiff's Motion for Extension of Time to Disclose Report of its Planning and Zoning Expert (Dkt. No. 94), be extended by 30 days and modified as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Initial Report | May 15, 2013 | June 14, 2013 |
| Deadline for Deposition | June 14, 2013 | July 15, 2013 |
| Rebuttal Report from Defendants (if any) | July 15, 2013 | August 14, 2013 |

3.      Al Madany served initial expert reports under Fed. R. Civ. P. 26(a)(2) from two other experts, Michael Galante and Khalil Abdur-Rashid, on April 1, 2013.  The parties require additional time to schedule and conduct the depositions of these experts.

4.      Al Madany and Norwalk jointly request that the current deadline for deposing Mr. Galante and Mr. Abdur-Rashid be extended by 30 days and modified as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Deposition | May 15, 2013 | June 14, 2013 |

5.      Pursuant to D. Conn. L. Civ. R. 7(b)(3), the parties state that this is Al Madany's fourth request and Norwalk's sixth request for modification of the case schedule.

THEREFORE, the parties respectfully request that the Court grant the extensions as

outlined above.

Dated: May 15, 2013

Respectfully Submitted,

PLAINTIFF, AL MADANY ISLAMIC
CENTER OF NORWALK, INC.

/s/ Peter K. Vigeland_____
Peter K. Vigeland, *pro hac vice*
Wilmer Cutler Pickering Hale and
    Dorr, LLP
7 World Trade Center, 250 Greenwich Street
New York, New York 10007
Telephone (212) 230-8807
Email:  peter.vigeland@wilmerhale.com
Fed. Bar #CT 24180

John F. Fallon
53 Sherman Street
Fairfield, CT 06824
Telephone (203) 256-3247
Email:  jfallon@snet.net
Fed. Bar # CT 06085

Roman P. Storzer, *pro hac vice*
Storzer & Greene, P.L.L.C.
1025 Connecticut Avenue, Northwest
Suite One Thousand
Washington, D.C. 20036
Telephone (202) 857-9766
Email:  storzer@storzerandgreene.com

DEFENDANTS, CITY OF NORWALK
AND NORWALK ZONING COMMISSION

/s/ Joseph P. Williams_____
Joseph P. Williams (ct14809)
Amber N. Sarno (ct27777)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919
Telephone (860) 251-5000
Facsimile (860) 251-5318
Email:  jwilliams@goodwin.com
Email:  asarno@goodwin.com

Robert F. Maslan, Jr. (ct07919)
Corporation Counsel
City of Norwalk Law Department
P. O. Box 799
Norwalk, CT  06854-0799
Telephone (203) 854-7750
Facsimile (203)-854-7901
Email:  rmaslan@norwalkct.org

Marci A. Hamilton, *pro hac vice*
36 Timber Knoll Drive
Washington Crossing, PA  18977
Telephone (215) 353-8984
Email:  Hamilton.marci@gmail.com

**<u>Certification of Service</u>**

This is to certify that on this 15th day of May 2013, a copy of the foregoing Joint Motion for Extension of Two Sets of Expert Discovery Deadlines was filed electronically and served by mail on anyone unable to accept electronic filling.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

<u>/s/ Peter K. Vigeland                      </u>
Peter K. Vigeland