THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., a Connecticut non-stock corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO: |
| v. | ) ) ) | 3:12-cv-00949 (MPS) |
| CITY OF NORWALK, CONNECTICUT, and CITY OF NORWALK ZONING COMMISSION, | ) ) ) ) ) | |
| Defendants, and | ) ) | May 15, 2013 |
| STONEGATE CONDOMINIUM ASSOCIATION, INC. | ) ) ) | |
| Intervenor-Defendants. | ) | |

## PLAINTIFF'S MOTION TO FILE CORRECTED SECOND AMENDED COMPLAINT

Pursuant to Fed. R. Civ. Proc. 15(a)(2) and D. Conn. L. Civ. R. 7(f), Plaintiff Al Madany Islamic Center of Norwalk, Inc. ("Al Madany") moves for permission to file a Corrected Second Amended Complaint, a copy of which is attached as Exhibit A, in order to correct clerical errors in the Second Amended Complaint filed with this Court on May 6, 2013. In support of its motion, Al Madany states as follows:

1.  Due to a clerical oversight, Al Madany's Second Amended Complaint did not include updated paragraph numbers with respect to certain paragraphs incorporated by reference from earlier in the document.

2.  To correct this error, the only changes that Al Madany made in the attached Corrected Second Amended Complaint are to the numbers corresponding to paragraphs

incorporated by reference in Counts I – IX. Specifically, Al Madany seeks to update the numbers as follows:

    i. The reference to paragraph 203 in paragraph 259 will be changed to paragraph 258;

    ii. The reference to paragraph 205 in paragraph 261 will be changed to paragraph 258;

    iii. The reference to paragraph 207 in paragraph 263 will be changed to paragraph 258;

    iv. The reference to paragraph 209 in paragraph 265 will be changed to paragraph 258;

    v. The reference to paragraph 211 in paragraph 267 will be changed to paragraph 258;

    vi. The reference to paragraph 213 in paragraph 269 will be changed to paragraph 258;

    vii. The reference to paragraph 216 in paragraph 272 will be changed to paragraph 258;

    viii. The reference to paragraph 218 in paragraph 274 will be changed to paragraph 258; and

    ix. The reference to paragraph 222 in paragraph 278 will be changed to paragraph 258.

3. Other than the dates of execution and the titles, no further differences exist between the proposed Corrected Second Amended Complaint and the Second Amended Complaint filed on May 6, 2013.

4. Pursuant to D. Conn. L. Civ. R. 7(f) and Fed. R. Civ. P. 15(a)(2), Al Madany has requested and received written consent to file this motion and the attached Corrected Second Amended Complaint from defendants City of Norwalk and City of Norwalk Zoning Commission, and from intervenor-defendant Stonegate Condominium Association.

THEREFORE, Al Madany respectfully requests that the Court grant Al Madany leave to correct the clerical errors in its Second Amended Complaint as outlined above and accept the Corrected Second Amended Complaint attached as Exhibit A hereto for filing.

Dated: May 15, 2013

Respectfully Submitted,

/s/ Peter K. Vigeland
Peter K. Vigeland
*Admitted pro hac vice*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center, 250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8807
peter.vigeland@wilmerhale.com
Fed. Bar #CT 24180

John F. Fallon
53 Sherman Street
Fairfield, CT 06824
Tel: (203) 256-3247
jfallon@snet.net
Fed. Bar # CT 06085

Roman P. Storzer
*Admitted pro hac vice*
STORZER & GREENE, P.L.L.C.
1025 Connecticut Avenue, Northwest
Suite One Thousand
Washington, D.C. 20036
Tel: (202) 857-9766
storzer@storzerandgreene.com

*Attorneys for Plaintiff Al Madany Islamic Center of Norwalk, Inc.*

- 4 -

**Certification of Service**

This is to certify that on this 15[h] day of May 2013, a copy of the foregoing Plaintiff's Motion to File Corrected Second Amended Complaint was filed electronically and served by mail on anyone unable to accept electronic filling. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Peter K. Vigeland
Peter K. Vigeland