UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., | : <br> : <br> : |
| Plaintiff, | : Case No. 3:12-cv-00949 (MPS) <br> : |
| - against - | : <br> : |
| CITY OF NORWALK and ZONING COMMISSION OF THE CITY OF NORWALK | : <br> : <br> : <br> : |
| Defendants. | : MAY 17, 2013 |

## MOTION FOR EXTENSION OF TIME TO FILE RENEWED MOTION TO DISMISS AND AMENDED ANSWER

Defendants City of Norwalk and City of Norwalk Zoning Commission move, pursuant to Fed. R. Civ. Proc. 6(b)(1) and Local Civ. R. 7(b), for an extension of time, through and including June 19, 2013, to file their Renewed Motion to Dismiss and Amended Answer. Defendants request this time to assess plaintiff's Corrected Second Amended Complaint and respond accordingly. The undersigned has inquired of counsel for plaintiff who has indicated that plaintiff has no objection to this motion. This is defendants' first motion for an extension of time with regard to filing their Renewed Motion to Dismiss and Amended Complaint.

Respectfully submitted,

DEFENDANTS,
CITY OF NORWALK AND CITY OF NORWALK ZONING COMMISSION

/s/ Amber N. Sarno
Joseph P. Williams (ct14809)
Amber N. Sarno (ct27777)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone (860) 251-5000
Facsimile (860) 251-5318
Email: jwilliams@goodwin.com
Email: asarno@goodwin.com

Robert F. Maslan, Jr. (ct07919)
Corporation Counsel
City of Norwalk Law Department
P. O. Box 799
Norwalk, CT 06854-0799
Telephone (203) 854-7750
Facsimile (203)-854-7901
Email: rmaslan@norwalkct.org

Marci A. Hamilton, *pro hac vice*
36 Timber Knoll Drive
Washington Crossing, PA 18977
Telephone (215) 353-8984
Email: Hamilton.marci@gmail.com

CERTIFICATION OF SERVICE

      I hereby certify that on May 17, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

      /s/ Amber N. Sarno
      Amber N. Sarno

2816100v1