# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# POOJA BHARAT FALDU

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **March 12, 2012**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**May 8, 2013**

3244

Clerk of the Court

# State of Connecticut
# Supreme Court

I, **Michele T. Angers**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

**Do hereby certify**, that, in the Superior Court at Bridgeport, on the 30th day of October, 2006

**Pooja Bharat Faldu**

of

**New York, New York**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, and that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.

*In Testimony Whereof*, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day   May 16, 2013

*Michele T. Angers*

Chief Clerk

