UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

AL MADANY ISLAMIC CENTER OF NORWALK, INC.

        Plaintiff,

-against-

CITY OF NORWALK, CONNECTICUT, and CITY OF NORWALK ZONING COMMISSION,

        Defendants, and

STONEGATE CONDOMINIUM ASSOCIATION, INC.

        Intervenor-Defendants

Civil Action No.:
3:12-cv-00949 (MPS)

---

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case for Plaintiff Al Madany Islamic Center of Norwalk, Inc.

Dated: New York, NY
       June 7, 2013

By: /s/ Pooja B. Faldu
Pooja B. Faldu, phv06117
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center, 250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7288
Fax: (212) 230-8888
pooja.faldu@wilmerhale.com

## CERTIFICATE OF SERVICE

    I hereby certify that on June 7, 2013, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicate on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                            By:/s/ Pooja B. Faldu
                                                Pooja B. Faldu, phv06117