UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AL MADANY ISLAMIC CENTER OF              :
NORWALK, INC.                            :
                                         :
               Plaintiff,                :    Civil Action No.:
                                         :    3:12-cv-00949 (MPS)
     -against-                           :
                                         :
CITY OF NORWALK, CONNECTICUT, and        :
CITY OF NORWALK ZONING COMMISSION,       :
                                         :
               Defendants, and           :
                                         :
STONEGATE CONDOMINIUM ASSOCIATION,       :
INC.                                     :
                                         :
               Intervenor-Defendants     :
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2013, copies of the foregoing Certificates of Good Standing were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: June 7, 2013                              By:/s/ Pooja B. Faldu
                                                 Pooja B. Faldu, phv06117

-1-