**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., a Connecticut non-stock corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 3:12-cv-00949 (MPS) |
| v. | ) ) ) | |
| CITY OF NORWALK, CONNECTICUT, and CITY OF NORWALK ZONING COMMISSION, | ) ) ) ) | June 12, 2013 |
| Defendants, and | ) ) | |
| STONEGATE CONDOMINIUM ASSOCIATION, INC. | ) ) ) | |
| Intervenor-Defendants. | ) | |

## JOINT STATUS REPORT

The plaintiff Al Madany Islamic Center of Norwalk ("Al Madany"), defendants the City of Norwalk, Connecticut and the City of Norwalk Zoning Commission (collectively, "Norwalk"), and intervenor-defendant Stonegate Condominium Association, Inc. ("Stonegate"), respectfully hereby submit this joint status report to the Court as follows:

### A. The Status of Discovery

Each party has produced documents or made documents available to the other party, but neither the plaintiff nor the defendants has completed document production. Plaintiff has not completed its production of electronically stored information (ESI). Defendants have not yet produced any ESI but have made available for inspection hard-copy files of potential comparator applications and files relating to Al Madany's special permit applications. The parties have discussed arrangements for copying these files in a manner acceptable to both parties. In

addition, two third-parties, Israel Herskowitz and Fillow Ridge Condominium Association, have produced documents.

No fact depositions of the parties have been noticed yet. The parties contemplate conducting factual deposition after document production is substantially complete.

The plaintiff has identified two experts, Khalil Abdul-Rashid and Michael Galante, and has served expert reports prepared by both experts on April 1, 2013. The defendants have not identified any experts to date. Norwalk has noticed the deposition of Michael Galante, plaintiff's traffic expert, and expects to depose him this month.

The parties have been unable to resolve certain discovery disputes following meet-and-confer telephone calls. Plaintiff maintains that some of the defendants' answer to interrogatories are insufficient and that defendants should be producing more documents. Defendants maintain that plaintiff should not be withholding documents on the basis of its First Amendment privilege. The parties plan to seek a teleconference with the Court within the next week to seek resolution of these disputes.

### B. Case Schedule

The parties plan to seek a modest extension for the deposition of Michael Galante, one of the experts Al Madany has proffered, in order to accommodate plaintiff's counsel's scheduling conflicts due to an unexpected medical procedure. The parties will also seek a limited extension for the deposition of Khalil Abdul-Rashid. Related extensions of the deadlines for defendants to disclose responsive experts will be sought as well.

Al Madany plans to seek an extension of time to serve the opinion portions of the expert report of its planning and zoning expert, currently due June 14, 2013. This extension is necessary because the expert needs to review certain ESI and special permit application files not

yet copied by the defendants from the files of the Zoning Commission.  Therefore, Al Madany, with Norwalk's consent, will seek an extension of time for service of the opinions of that expert to 30 days after the production of those files.  Al Madany will serve the remainder of its disclosure with regard to its planning and zoning expert by the current deadline.

### C.  Motions

Norwalk plans to file its motion to dismiss by the June 19, 2013 deadline.  Al Madany will oppose the motion in accordance with the deadlines set by the Court and/or the applicable rules.

### D.  Settlement

The parties engaged in settlement discussions with Magistrate Judge Martinez in November and December of 2012.  Those discussions were not successful.  Al Madany is amenable to engaging in further discussions with Magistrate Judge Martinez or another Magistrate Judge to determine whether settlement is feasible at this juncture.  No settlement offers subsequent to those discussions have been made by either side but the defendants remain open to considering any such offers.

### E.  Trial

The parties do not consent to a trial before a United States Magistrate Judge.  Al Madany currently estimates that two weeks of trial will be required for this matter.  Defendants agree with plaintiff's estimate as a reasonable minimum trial length, but believe that trial could be longer depending on the number of comparison sites and projects that need to be litigated.

Respectfully submitted,

/s/ Peter Vigeland
Peter K. Vigeland
*Admitted pro hac vice*
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center, 250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8807
peter.vigeland@wilmerhale.com
Fed. Bar #CT 24180

John F. Fallon
53 Sherman Street
Fairfield, CT 06824
Tel: (203) 256-3247
jfallon@snet.net
Fed. Bar # CT 06085

Roman P. Storzer
*Admitted pro hac vice*
STORZER & GREENE, P.L.L.C.
1025 Connecticut Avenue, Northwest
Suite One Thousand
Washington, D.C. 20036
storzer@storzerandgreene.com
Tel: (202) 857-9766

*Attorneys for Plaintiff Al Madany Islamic
Center of Norwalk, Inc.*

/s/ Joseph Williams
Joseph P. Williams (ct14809)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919
Tel: (860) 251-5127
jwilliams@goodwin.com

Robert F. Maslan Jr. (ct07919)
Attorney for Defendants
City of Norwalk
P.O. Box 798
Norwalk, CT 06852-0798
Tel: (203) 854-7750
rmaslan@norwalkct.org

Marci A. Hamilton
*Admitted pro hac vice*
36 Timber Knoll Dr.
Washington Crossing, PA 18977
Tel: (215) 353-8984
hamilton.marci@gmail.com

*Attorneys for Defendants City of Norwalk and
City of Norwalk Zoning Commission*

/s/ Marc Grenier
Marc J. Grenier, Esq. (ct10545)
DePanfilis & Vallerie, LLC
25 Belden Avenue
P.O. Box 699
Norwalk, CT 06850
Tel: (203) 846-9585
Email: mgrenier@dandvlaw.com

*Attorney for Intervener-Defendant Stonegate
Condominium Association, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2013, a copy of the foregoing Report was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Peter Vigeland
Peter K. Vigeland