THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., a Connecticut non-stock corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO: |
| v. | ) ) ) | 3:12-cv-00949 (MPS) |
| CITY OF NORWALK, CONNECTICUT, and CITY OF NORWALK ZONING COMMISSION, | ) ) ) ) ) | |
| Defendants, and | ) ) | June 14, 2013 |
| STONEGATE CONDOMINIUM ASSOCIATION, INC. | ) ) ) | |
| Intervenor-Defendants. | ) | |

## JOINT MOTION FOR
## EXTENSION OF THREE SETS OF EXPERT DISCOVERY DEADLINES

Pursuant to Fed. R. Civ. Proc. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(2), plaintiff Al Madany Islamic Center of Norwalk, Inc. ("Al Madany") and defendants City of Norwalk, Connecticut and City of Norwalk Zoning Commission (collectively, "Norwalk" or "defendants") move for extensions of certain deadlines relating to expert discovery. Pursuant to D. Conn. L. Civ. R. 7(b)(3), intervenor-defendant Stonegate Condominium Association, Inc. consents to this motion.

In support of this request, the moving parties state as follows:

1.      The defendants have not completed the document production needed by Al Madany's zoning and planning expert to prepare his opinions.

2.      Al Madany and Norwalk jointly request an extension of the current deadlines for Al Madany's planning and zoning expert's opinions, materials considered, and supporting exhibits until 30 days after Norwalk's copying and production of all of its ESI and the special permit application files requested by Al Madany.  Al Madany will serve the remainder of its disclosures, those required by Fed. R. Civ. P. 26(a)(2)(B)(iv) – (vi), relating to its planning and zoning expert by the current deadline of June 14, 2013.  The parties request that the deadlines be modified as follows:

| **Event** | **Current Deadline (Dkt. No. 116)** | **Proposed Deadline** |
| --- | --- | --- |
| Initial Report of Opinions, Materials Considered, and Supporting Exhibits | June 14, 2013 | 30 days after Norwalk produces all of its ESI and the special permit applications requested by Al Madany |
| Deadline for Deposition | July 15, 2013 | 30 days after the Initial Report of Opinions is served |
| Rebuttal Report from Defendants (if any) | August 14, 2013 | 30 days after the deadline for deposing the expert |

3.      Al Madany served an initial expert report under Fed. R. Civ. P. 26(a)(2) from its traffic expert Michael Galante on April 1, 2013.  The parties require additional time to schedule and conduct the depositions of the expert in order to accommodate plaintiff's counsel's scheduling conflicts due to medical necessities.

4.      Al Madany and Norwalk jointly request that the current deadline for deposing Mr. Galante and for the defendants' rebuttal report be extended by 14 days and modified as follows:

| Event | Current Deadline (Dkt. 116) | Proposed Deadline |
|---|---|---|
| Deadline for Deposition | June 14, 2013 | June 28, 2013 |
| Rebuttal Report from Defendants (if any) | July 1, 2013 | July 31, 2013 |

5.  Al Madany served an initial expert report under Fed. R. Civ. P. 26(a)(2) from its religious expert, Khalil Abdur-Rashid, on April 1, 2013. The defendants require additional time to depose Mr. Abdur-Rashid.

6.  Norwalk requests that the current deadline for deposing Mr. Abdur-Rashid and for the defendants' rebuttal report be extended by 30 days, a request to which Al Madany consents. The schedule would be modified as follows:

| Event | Current Deadline (Dkt. 116) | Proposed Deadline |
|---|---|---|
| Deadline for Deposition | June 14, 2013 | July 15, 2013 |
| Rebuttal Report from Defendants (if any) | July 1, 2013 | August 23, 2013 |

7.  Pursuant to D. Conn. L. Civ. R. 7(b)(3), the parties state that this is Al Madany's fifth request and Norwalk's seventh request for modification of the case schedule .

THEREFORE, the parties respectfully request that the Court grant the extensions as outlined above.

Dated: June 14, 2013

                                                                                           Respectfully Submitted,

| | |
|---|---|
| /s/ Peter K. Vigeland | /s/ Joseph P. Williams |
| Peter K. Vigeland | Joseph P. Williams (ct14809) |
| *Admitted pro hac vice* | Shipman & Goodwin LLP |
| WILMER CUTLER PICKERING | One Constitution Plaza |
|   HALE AND DORR LLP | Hartford, CT  06103-1919 |
| 7 World Trade Center, 250 Greenwich Street | Tel: (860) 251-5127 |
| New York, New York 10007 | jwilliams@goodwin.com |
| Tel: (212) 230-8807 | |
| peter.vigeland@wilmerhale.com | Robert F. Maslan Jr. (ct07919) |
| Fed. Bar #CT 24180 | Attorney for Defendants |
| | City of Norwalk |
| John F. Fallon | P.O. Box 798 |
| 53 Sherman Street | Norwalk, CT 06852-0798 |
| Fairfield, CT 06824 | Tel: (203) 854-7750 |
| Tel: (203) 256-3247 | rmaslan@norwalkct.org |
| jfallon@snet.net | |
| Fed. Bar # CT 06085 | Marci A. Hamilton |
| | 36 Timber Knoll Dr. |
| Roman P. Storzer | Washington Crossing, PA 18977 |
| *Admitted pro hac vice* | Tel: (215) 353-8984 |
| STORZER & GREENE, P.L.L.C. | hamilton.marci@gmail.com |
| 1025 Connecticut Avenue, Northwest | |
| Suite One Thousand | *Attorneys for Defendants City of Norwalk and* |
| Washington, D.C. 20036 | *City of Norwalk Zoning Commission* |
| storzer@storzerandgreene.com | |
| Tel: (202) 857-9766 | |
| | |
| *Attorneys for Plaintiff Al Madany Islamic Center of Norwalk, Inc.* | |

**Certification of Service**

This is to certify that on this 14th day of June 2013, a copy of the foregoing Joint Motion for Extension of Three Sets of Expert Discovery Deadlines was filed electronically and served by mail on anyone unable to accept electronic filling.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/ Peter K. Vigeland
Peter K. Vigeland