UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., a Connecticut non-stock Corporation, | ) ) ) ) | CIVIL ACTION NO: |
| Plaintiff, | ) ) | 3:12-cv-00949 (MPS) |
| v. | ) ) | |
| CITY OF NORWALK, CONNECTICUT, and CITY OF NORWALK ZONING COMMISSION, | ) ) ) ) | |
| Defendants. | ) | June 19, 2013 |

DEFENDANTS' AMENDED MOTION TO DISMISS
FOR LACK OF SUBJECT MATTER JURISDICTION AND MOTION
FOR JUDGMENT ON THE PLEADINGS FOR FAILURE TO STATE A CLAIM

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 12(c) Defendants City of Norwalk and City of Norwalk Zoning Commission hereby respectfully move to dismiss and move for judgment on the pleadings regarding the Second Amended Complaint of Plaintiff Al Madany Islamic Center of Norwalk, Inc. ("Al Madany" or "Plaintiff"). In support of this motion, and in accordance with Rule 7(a) of the Local Rules, Defendants are filing herewith a memorandum of law with exhibits. In addition, Defendants have filed the Return of Record that was before the Norwalk Zoning Commission.

As more fully set forth in the memorandum of law, all of the Plaintiff's claims should be dismissed for lack of ripeness, including the Plaintiff's administrative appeal claim because the Plaintiff has failed to exhaust its state court remedies. In addition, all of the Plaintiff's claims, except for the state law administrative appeal claim (which was improperly brought to federal court), should be dismissed for failure to state a claim. All RLUIPA claims should be dismissed

ORAL ARGUMENT REQUESTED

because RLUIPA is unconstitutional. Further, the Court should decline supplemental jurisdiction over the Plaintiff's state law claims.

WHEREFORE, Defendants respectfully request that this Court grant its Motion to Dismiss and Motion for Judgment on the Pleadings.

Respectfully submitted,

CITY OF NORWALK AND CITY OF
NORWALK ZONING COMMISSION

/s/ Joseph P. Williams
Joseph P. Williams (ct14809)
Amber N. Sarno (ct27777)
Katherine R. Husband (ct28564)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919
Telephone (860) 251-5000
Facsimile (860) 251-5218
Email:  jwilliams@goodwin.com
Email:  asarno@goodwin.com

Marci A. Hamilton, *pro hac vice*
36 Timber Knoll Drive
Washington Crossing, PA  18977
Telephone (215) 353-8984
Email: Hamilton.marci@gmail.com

Robert F. Maslan, Jr. (ct07919)
Corporation Counsel
City of Norwalk Law Department
P. O. Box 799
Norwalk, CT  06854-0799
Telephone (203) 854-7750
Facsimile (203)-854-7901
Email: rmaslan@norwalkct.org

<u>CERTIFICATION OF SERVICE</u>

  I hereby certify that on June 19, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

              <u>/s/ Joseph P. Williams</u>
              Joseph P. Williams

2767971v2