UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., a Connecticut non-stock Corporation, | ) ) ) ) | CIVIL ACTION NO: |
| Plaintiff, | ) ) | 3:12-cv-00949 (MPS) |
| v. | ) ) | |
| CITY OF NORWALK, CONNECTICUT, and CITY OF NORWALK ZONING COMMISSION, | ) ) ) ) | |
| Defendants. | ) | July 3, 2013 |

## SECOND SUPPLEMENTAL RETURN OF RECORD

The Norwalk Zoning Commission (the "Commission"), by its undersigned Counsel, hereby files this Second Supplemental Return of Record to correct Record Exhibit 74 and add Record Exhibit 84. Record Exhibit 74 has been corrected to include reduced size versions of the oversized plans and drawings submitted by the plaintiff to the Commission. Record Exhibit 84 is a virtual tour of the proposed mosque and multi-purpose hall, which was presented by the plaintiff and submitted to the Commission during the public hearing. Because the virtual tour is a DVD, it was filed manually and served on all parties. The Commission has filed herewith a placeholder page for Record Exhibit 84 indicating that it was filed manually. The Commission has also filed in conjunction herewith a corrected Return of Record.

DEFENDANT,

CITY OF NORWALK ZONING COMMISSION

/s/ Katherine R. Husband
Joseph P. Williams (ct14809)
Amber N. Sarno (ct27777)
Katherine R. Husband (ct28564)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919
Telephone (860) 251-5000
Facsimile (860) 251-5318
Email:  jwilliams@goodwin.com
Email:  asarno@goodwin.com

Robert F. Maslan, Jr. (ct07919)
Corporation Counsel
City of Norwalk Law Department
P. O. Box 799
Norwalk, CT  06854-0799
Telephone (203) 854-7750
Facsimile (203)-854-7901
Email: rmaslan@norwalkct.org

Marci A. Hamilton, *pro hac vice*
36 Timber Knoll Drive
Washington Crossing, PA  18977
Telephone (215) 353-8984
Email: Hamilton.marci@gmail.com

## CERTIFICATION OF SERVICE

      I hereby certify that on July 3, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                        /s/ Katherine R. Husband
                                        Katherine R. Husband

2822608v1