# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., | : | |
| | : | |
| | : | |
| Plaintiff, | : | Case No. 3:12-cv-00949 (MPS) |
| | : | |
| - against - | : | |
| | : | |
| CITY OF NORWALK and | : | |
| ZONING COMMISSION OF THE CITY | : | |
| OF NORWALK | : | |
| | : | |
| Defendants. | : | JULY 3, 2013 |

### CORRECTED RETURN OF RECORD

The Norwalk Zoning Commission (the "Commission"), by its undersigned Counsel, hereby files the following as its Return of Record in the above-entitled action, which constitutes the entire record of the proceedings before the Commission, except for facts within the personal knowledge of members of the Commission.  Descriptions of exhibits are for reference purposes, and shall not be construed to ascribe any particular meanings to the substance of the contents thereof.

**Exhibit 1.**  Letter to John F. Fallon, Esq., from Michael E. Wrinn, Assistant Director, Planning and Zoning, RE: #12-11 SP – Al Madany Islamic Center of Norwalk, Inc. – 127 Fillow Street- Mosque and Multipurpose Hall, dated  June 7, 2012 (2 pages);

**Exhibit 2.**  Special Meeting Notice, Norwalk Zoning Commission, dated Wednesday, June 6, 2012 (1 page);

**Exhibit 3.**  Minutes of Special Meeting of the Zoning Commission, dated June 6, 2012 (4 pages);

**Exhibit 4.**  Special Meeting Notice, Norwalk Zoning Commission, dated May 23, 2012 and Agenda (1 pages);

**Exhibit 5.**  Minutes of Plan Review Committee meeting, dated May 23, 2012 (4 pages);

**Exhibit 6.**     Minutes of Plan Review Committee meeting, dated May 10, 2012 (4 pages);

**Exhibit 7.**     Special Meeting Notice, dated April 25, 2012 and Agenda (1 page);

**Exhibit 8.**     Minutes of City of Norwalk Zoning Commission, dated April 25, 2012 (5 pages);

**Exhibit 9.**     Bethlehem Christian Fellowship, Inc. v. Planning and Zoning Commission of the Town of Morris, marked "submitted April 25, 2012 by Atty. Fallon". dated November 5, 2002 (18 pages);

**Exhibit 10.**     Moshe Felsman Christian Fellowship, Inc. v. Zoning Commission of the City of Bridgeport, marked "submitted April 25, 2012 by Atty. Fallon", dated June 22, 1993 (5 pages);

**Exhibit 11.**     Fax, including cover sheet, to Atty. John F. Fallon, from Mike Greene, Planning & Zoning Department, with email regarding questions submitted by Mike Mushak, dated April 24, 2012, including transmission verification report (6 pages);

**Exhibit 12.**     Agenda for Plan Review Committee and Agenda for Zoning Committee, dated May 10, 2012 (1 page);

**Exhibit 13.**     Publisher's Affidavit, dated April 23, 2012 and signed by Brett L. Whitton, confirming Legal Notice Published on April 21, 2012 in The Hour newspaper (1 page);

**Exhibit 14.**     Legal Notice regarding the Norwalk Zoning Commission meeting, published once in The Hour, Saturday, April 14, 2012 (2 pages);

**Exhibit 15.**     Legal Notice regarding Norwalk Zoning Commission meeting, published once in The Hour, Saturday, April 21, 2012 (1 page);

**Exhibit 16.**     Publisher's Affidavit, dated April 20, 2012 and signed by Brett L. Whitton, confirming Legal Notice Published on April 14, 2012 in The Hour newspaper (1 page);

**Exhibit 17.**     Fax to Joyce Battista, Classified Advertising Manager, The Hour, regarding billing procedure, dated April 19, 2012 (1 page);

**Exhibit 18.**     Email to Mike Greene and Michael Wrinn from Jane Ready regarding Handouts for Zoning Commission members regarding proposed mosque, dated April 17, 2012 (4 pages);

**Exhibit 19.**     City of Norwalk Building Zone Regulations, Section 118-310, with attachment (2 pages);

**Exhibit 20.**     City of Norwalk Zoning Commission Public Hearing, remarks regarding Al Madany Islamic Center Special Permit Application, dated April 11, 2012 (3 pages);

**Exhibit 21.**     Sign in sheet regarding Mosque, night 2, dated April 18 (3 pages);

**Exhibit 22.**     Documents by residents opposing the application (240 pages);

**Exhibit 23.**     Submission dated April 18, 2012 by Marc J. Grenier, Esq. (2 pages);

**Exhibit 24.**     Agenda, Zoning Commission, dated April 18, 2012 (1 page);

**Exhibit 25.**   Minutes, Zoning Commission meeting, dated April 18, 2012 (9 pages);

**Exhibit 26.**   Agenda and Special Meeting Notice, Zoning Commission, dated April 11, 2012 (1 page);

**Exhibit 27.**   Email from Israel Herskowitz to Michael Wrinn regarding minutes from the 4/4 public hearing, dated April 11, 2012 (2 pages);

**Exhibit 28.**   Draft of minutes of the Zoning Commission Special Meeting, dated April 11, 2012 (2 pages);

**Exhibit 29.**   Letter to John Fallon, Esq. from Michael Galante, Executive Vice President, Frederick P. Clark Associates, Inc., in response to comments, dated April 9, 2012 (7 pages);

**Exhibit 30.**   Email from Mike Mushak regarding questions about the Mosque, dated April 9, 2012 (2 pages);

**Exhibit 31.**   Photocopy of an article by Robert Koch, Hour Staff Writer regarding the Al Madany Islamic Center of Norwalk,  dated April 10, 2012 (3 pages);

**Exhibit 32.**   Memorandum to Zoning Commission from Plan Review Committee, regarding Al Madany Islamic Center of Norwalk, mosque and multipurpose hall, dated April 4, 2012 (6 pages);

**Exhibit 33.**   Zoning Compliance sheet (1 page);

**Exhibit 34.**   Building Zone Regulations of the City of Norwalk, Article 120 (2 pages);

**Exhibit 35.**   Email from Mike Mushak, regarding Corporation Counsel at hearing, dated April 2, 2012 (1 page);

**Exhibit 36.**   Publisher's Affidavit, dated March 30, 2012 and signed by Brett L. Whitton, confirming Legal Notice Published on March 22, 2012 and March 29, 2012, in The Hour newspaper (1 page);

**Exhibit 37.**   Letter to Michael Wrinn from Joseph DaSilva, Jr., regarding Al Madany Special Permit Application/Fillow Ridge, dated March 22, 2012, (1 page);

**Exhibit 38.**   Sign in sheet for Al Madany Islamic Center (4 pages);

**Exhibit 39.**   Letters in support for Al Madany Islamic Center (31 pages);

**Exhibit 40.**   Photocopies of mosques in other parts of the world, submitted at public hearing, dated 4/18/2012 (3 pages);

**Exhibit 41.**   Written legal description of property at 127 Fillow Street (1 page);

**Exhibit 42.**   Review of site plan and special permit application submitted  by DLS Traffic per Stonegate Condominium Association, to the Norwalk Zoning Commission, dated March 19, 2012 (10 pages);

**Exhibit 43.**   Draft of a fax cover sheet regarding billing of a Legal Notice and Legal Notice, dated March 22, 2012 (3 pages);

**Exhibit 44.** Letter from John Fallon, Esq. as notification that Al Madany Islamic Center's application for approval of a mosque and multipurpose hall with Norwalk Planning & Zoning Commission, dated March 15, 2012 (1 page);

**Exhibit 45.** Submittals by J. Fallon (34 pages);

**Exhibit 46.** City of Norwalk Tax Assessor property information for Al Madany Islamic Center of Norwalk, Inc. (1 page);

**Exhibit 47.** Parcel verification and tax clearance form for Al Madany Islamic Center of Norwalk, Inc. dated March 16, 2012 (1 page);

**Exhibit 48.** Agenda for Plan Review Committee and Zoning Committee, dated March 8, 2012 (1 page);

**Exhibit 49.** Minutes of City of Norwalk Zoning Committee, dated March 8, 2012 (2 pages);

**Exhibit 50.** Excerpts from RLUIPA – The Law, dated 1/7/2011 (7 pages);

**Exhibit 51.** Square footage for Al Mandy Islamic Center, (1 page);

**Exhibit 52.** Letter from Rev. Edward Cornell of the United Congregational Church notifying the Norwalk Zoning Board of their council's decision to offer twenty parking spaces to Al Madany Islamic Center, dated February 15, 2012 (1 page);

**Exhibit 53.** Letter from South Norwalk Electric and Water (SNEW) to Frank Strauch notifying him that SNEW does not service 127 Fillow Street with water, dated February 13, 2012 (1 page);

**Exhibit 54.** Plan Review Committee agenda and Zoning Committee agenda, dated February 9, 2012 (1 page);

**Exhibit 55.** Minutes of the City of Norwalk Zoning Committee, dated February 9, 2012 (3 pages);

**Exhibit 56.** City of Norwalk Inland Wetland Agency Minor Activity Permit, dated February 2, 2012 (4 pages);

**Exhibit 57.** Letter from John Fallon to Michael Wrinn notifying Zoning Commission that Al Madany Center's request for an extension of time, dated February 28, 2012 (2 pages);

**Exhibit 58.** Email from Glen Iannaccone to Michael Wrinn regarding occupant loads for the gym at 127 Fillow Street, dated January 17, 2012 (1 page);

**Exhibit 59.** Memorandum from Michael Wrinn to Glen Iannaccone requesting a set capacity on multipurpose room at the Al Madany Islamic Center, dated January 13, 2012 (1 page);

**Exhibit 60.** Plan Review Committee agenda and Zoning Committee agenda, dated January 12, 2012 (1 page);

**Exhibit 61.** Minutes of the City of Norwalk Plan Review Committee, dated January 12, 2012 (4 pages);

**Exhibit 62.** American Planning Association, Zoning Practice for religious institutions, dated October 2010 (8 pages);

**Exhibit 63.** Letter from Martin Brogie, LEP, Vice President AKRF to Abdul Ghaffar Khan regarding environmental assessment for the proposed mosque development at 127 Fillow Street, dated February 10, 2010 (3 pages);

**Exhibit 64.** Letter (with attachments) from Ravi Keerthy, PE, to Norwalk Public Works/DPW regarding drainage at 127 Fillow Street, dated August 28, 2009 (19 pages);

**Exhibit 65.** Traffic Study for Islamic Center at 127 Fillow Street prepared by H.K. Associates, dated June 1, 2009 (93 pages);

**Exhibit 66.** Site Plan Review Application instructions, revised September 30, 2011 (11 pages);

**Exhibit 67.** Traffic Access & Impact Study Update, prepared by Frederick P. Clark Associates, Inc. for Al Madany Islamic Center of Norwalk, dated December 2011 (74 pages);

**Exhibit 68.** Traffic Access & Impact Study Update, prepared by Frederick P. Clark Associates, Inc. for Al Madany Islamic Center of Norwalk, dated June 2011(47 pages);

**Exhibit 69.** Handwritten notes regarding Friday prayer and Holy Days (1 page);

**Exhibit 70.** Norwalk Zoning Commission special meeting notice and agenda, dated April 4, 2012 (1 page);

**Exhibit 71.** Photocopy of legal notice for a special meeting for the Al Madany special permit, dated April 7, 2012 (1 page);

**Exhibit 72.** Minutes of Zoning Commission Special Meeting, dated April 4, 2012 (9 pages);

**Exhibit 73.** Al Madany Islamic Center of Norwalk, Ct proposed building area details (1 page);

**Exhibit 74.** Reduced Size Versions of Oversized Plans and Drawings Submitted to the Commission (full oversized drawings to be submitted for trial);

**Exhibit 75.** Photocopies of Boards for Al Madany Islamic Center of Norwalk (36 pages);

**Exhibit 76.** Publisher's Affidavit, dated June 15, 2012 and signed by Jocelyn A. Battista, confirming Legal notice Published on June 14, 2012 in The Hour newspaper (1 page);

**Exhibit 77.** Transcript of Zoning Commission Public Hearing, April 4, 2012 (72 pages);

**Exhibit 78.** Transcript of Zoning Commission Public Hearing (continuation), April 18, 2012 (59 pages);

**Exhibit 79.** Transcript of Zoning Commission Public Hearing (continuation for applicant rebuttal only), April 25, 2012 (24 pages);

**Exhibit 80.**    Transcript of Zoning Commission Plan Review Committee meeting, May 10, 2012 (32 pages);

**Exhibit 81.**    Transcript of Zoning Commission Plan Review Committee, May 23, 2012 (28 pages);

**Exhibit 82.**    Transcript of Zoning Commission meeting June 6, 2012 (11 pages);

**Exhibit 83.**    Norwalk Building Zone Regulations (248 pages);

**Exhibit 84.**    Virtual Tour of Proposed Mosque and Multi-Purpose Hall (disc, filed manually).

DEFENDANT,
CITY OF NORWALK ZONING COMMISSION

/s/ Katherine R. Husband
Joseph P. Williams (ct14809)
Amber N. Sarno (ct27777)
Katherine R. Husband (ct28564)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919
Telephone (860) 251-5000
Facsimile (860) 251-5318
Email:  jwilliams@goodwin.com
Email:  asarno@goodwin.com

Robert F. Maslan, Jr. (ct07919)
Corporation Counsel
City of Norwalk Law Department
P. O. Box 799
Norwalk, CT  06854-0799
Telephone (203) 854-7750
Facsimile (203)-854-7901
Email: rmaslan@norwalkct.org

Marci A. Hamilton, *pro hac vice*
36 Timber Knoll Drive
Washington Crossing, PA  18977
Telephone (215) 353-8984
Email: Hamilton.marci@gmail.com

## CERTIFICATION OF SERVICE

I hereby certify that on July 3, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Katherine R. Husband
Katherine R. Husband

2855992v1