# THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., a Connecticut non-stock corporation, | ) ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO: ) |
| v. | ) 3:12-cv-00949 (MPS) ) |
| CITY OF NORWALK, CONNECTICUT, and CITY OF NORWALK ZONING COMMISSION, | ) ) ) ) |
| Defendants, and | ) ) July 9, 2013 |
| STONEGATE CONDOMINIUM ASSOCIATION, INC. | ) ) ) |
| Intervenor-Defendant. | ) |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO THE NORWALK DEFENDANTS' MOTION TO DISMISS AND FOR PERMISSION TO FILE BRIEF IN EXCESS OF PAGE LIMITS**

Plaintiff Al Madany Islamic Center of Norwalk, Inc. ("Al Madany") moves, pursuant to Fed. R. Civ. Proc. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(2), for an extension of two (2) days, through and including July 12, 2013, to file its memorandum in opposition to the Motion to Dismiss filed by defendants City of Norwalk, Connecticut and City of Norwalk Zoning Commission (the "Norwalk Defendants"). Al Madany also moves, pursuant to D. Conn. L. Civ. R. 7(a)(2), this Court to grant it permission to file a brief that is no more than five (5) pages in excess of the page limits, or forty-five (45) pages in total, "exclusive of pages containing a table of contents, table of statutes, rules or the like." *Id*.

The extension of the deadline through and including July 12, 2013, is requested in order to provide Al Madany with sufficient time to assess and respond to defendant's memorandum of

law. This request for an extension of this deadline is Al Madany's first.

Permission to file a brief in excess of the page limits found in D. Conn. L. Civ. R. 7(a)(2) is requested in order to allow Al Madany to fully brief the numerous issues raised by the Norwalk Defendants, which included challenges to the constitutional and prudential ripeness of Al Madany's claims, multiple constitutional challenges to the constitutionality of a federal statute, and assertions that Al Madany had failed to adequately state a number of claims upon which relief could be granted in its Corrected Second Amended Complaint.

Counsel for Al Madany has contacted counsel for all other parties with regard to this motion. Counsel for the United States of America and Counsel for intervenor-defendant Stonegate Condominium Association, Inc., have no objection to the extension of either the deadline or the page limits. Counsel for the Norwalk Defendants have consented to the two day extension of the deadline and we have not heard back from them about whether they consent to the page extension. However, neither D. Conn. L. Civ. R. 7(b)(3) nor any other rule requires it to seek consent from opposing counsel prior to moving to file a brief in excess of the page limits. However, neither D. Conn. L. Civ. R. 7(b)(3) nor any other rule requires it to seek consent from opposing counsel prior to moving to file a brief in excess of the page limits.

Dated: July 9, 2013.

                                          Respectfully Submitted,

                                          /s/ Peter K. Vigeland
                                          Peter K. Vigeland
                                          *Admitted pro hac vice*
                                          WILMER CUTLER PICKERING
                                            HALE AND DORR LLP
                                          7 World Trade Center, 250 Greenwich Street
                                          New York, New York 10007
                                          Tel: (212) 230-8807
                                          peter.vigeland@wilmerhale.com
                                          Fed. Bar #CT 24180

John F. Fallon
53 Sherman Street
Fairfield, CT 06824
Tel: (203) 256-3247
jfallon@snet.net
Fed. Bar # CT 06085

Roman P. Storzer
*Admitted pro hac vice*
STORZER & GREENE, P.L.L.C.
1025 Connecticut Avenue, Northwest
Suite One Thousand
Washington, D.C. 20036
Tel: (202) 857-9766
storzer@storzerandgreene.com

*Attorneys for Plaintiff Al Madany Islamic Center of Norwalk, Inc.*

**Certification of Service**

This is to certify that on this 9th day of July 2013, a copy of the foregoing Plaintiff's Motion for Extension of Time to File Memorandum in Opposition to the Norwalk Defendants' Motion to Dismiss and for Permission to File Brief in Excess of Page Limits was filed electronically and served by mail on anyone unable to accept electronic filling. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

    /s/ Peter K. Vigeland
    Peter K. Vigeland