UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AL MADANY ISLAMIC CENTER OF | ) | |
| NORWALK, INC., a Connecticut non-stock | ) | |
| Corporation, | ) | CIVIL ACTION NO: |
| | ) | |
| Plaintiff, | ) | 3:12-CV-00949 (MPS) |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NORWALK, CONNECTICUT, | ) | |
| and CITY OF NORWALK ZONING | ) | |
| COMMISSION, | ) | |
| | ) | |
| Defendants. | ) | July 15, 2013 |

## DEFENDANTS' MOTION FOR EXTENSION
## OF TIME TO DEPOSE IMAM KHALIL ABDUR-RASHID

Defendants City of Norwalk and City of Norwalk Zoning Commission hereby move, pursuant to Fed. R. Civ. Proc. 6(b)(1) and Local Civ. R. 7(b), for an extension of time of until August 30, 2013 to depose Imam Khalil Abdur-Rashid, the plaintiff's religious expert. In support of this Motion, defendants state as follows:

1. The current deadline to depose Imam Abdur-Rashid is July 15, 2013.

2. Imam Abdur-Rashid has limited availability to be deposed as a result of his travel schedule and because observance of Ramadan does not conclude until the week of August 5, 2013.

3. An extension until August 30, 2013 will provide a reasonable time for the parties to prepare for the deposition and identify a mutually convenient date for counsel and the expert.

4. Undersigned counsel has inquired of opposing counsel, who indicated that plaintiff would consent to an extension until August 30, 2013 to take Imam Abdur-Rashid's deposition.

5. This is Defendants' first motion for extension of time to extend the deadline for taking Imam Abdur-Rashid's deposition.

WHEREFORE, defendants City of Norwalk and City of Norwalk Zoning Commission respectfully request that the Court extend the time for defendants to depose the plaintiff's religious expert, Imam Khalil Abdur-Rashid, until August 30, 2013.

Respectfully submitted,

DEFENDANTS,
CITY OF NORWALK AND CITY OF
NORWALK ZONING COMMISSION

/s/ Joseph P. Williams
Joseph P. Williams (ct14809)
Katherine R. Husband (ct28564)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919
Telephone (860) 251-5000
Facsimile (860) 251-5318
Email:  jwilliams@goodwin.com
Email:  khusband@goodwin.com

## CERTIFICATION OF SERVICE

I hereby certify that on July 15, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

/s/ Joseph P. Williams
Joseph P. Williams

2893571v1