UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., a Connecticut non-stock Corporation, | ) ) ) | CIVIL ACTION NO: |
| | ) | |
| Plaintiff, | ) | 3:12-CV-00949 (MPS) |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NORWALK, CONNECTICUT, and CITY OF NORWALK ZONING COMMISSION, | ) ) ) | |
| | ) | |
| Defendants. | ) | July 22, 2013 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE
REPLY IN SUPPORT OF MOTION TO DISMISS
AND FOR PERMISSION TO FILE BRIEF IN EXCESS OF PAGE LIMITS**

Defendants City of Norwalk and City of Norwalk Zoning Commission hereby move, pursuant to Fed. R. Civ. Proc. 6(b)(1) and Local Civ. R. 7(b), for an extension of time of until July 29, 2013 to file their Reply in Support of its Motion to Dismiss in response to the opposition memoranda filed by the United States of America and plaintiff Al Madany Islamic Center of Norwalk, Inc.  The defendants also move, pursuant to D. Conn. L. Civ. R. 7(a)(2), for permission to file a brief that is no more than five (5) pages in excess of the page limits, or fifteen (15) pages in total.  In support of this Motion, defendants state as follows:

1. The current deadline to reply to the United States of America's response to defendants' Motion to Dismiss is July 23, 2013.

2. The current deadline to reply to the plaintiff's opposition to defendants' Motion to Dismiss is July 26, 2013.

3. Defendants intend to file a single reply brief addressing the arguments raised in the briefs of both the United States of America and the plaintiff.

4. Defendants are seeking an extension of time until July 29, 2013 to provide them with sufficient time to evaluate and address the arguments of both the United States of America and the plaintiff.

5. Similarly, Defendants are seeking permission to file a brief of no more than fifteen pages to facilitate addressing the arguments of both the United States of America and the plaintiff in a single reply brief.

6. Undersigned counsel has inquired of both the United States of America and the plaintiff, who indicated that they each consent to both the extension of time until July 29, 2013, as well as increasing the page limit for defendants' consolidated reply brief to fifteen pages.

7. This is the defendants' first motion for extension of time to extend the deadline for filing its Reply in Support of Motion to Dismiss.

WHEREFORE, defendants City of Norwalk and City of Norwalk Zoning Commission respectfully request that the Court extend the time for defendants to file their Reply in Support of Motion to Dismiss until July 29, 2013, and to extend the page limit of their reply brief by no more than five pages for a total of fifteen pages.

Respectfully submitted,

CITY OF NORWALK AND CITY OF
NORWALK ZONING COMMISSION

/s/ Joseph P. Williams
Joseph P. Williams (ct14809)
Amber N. Sarno (ct27777)
Katherine R. Husband (ct28564)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919
Telephone (860) 251-5000
Facsimile (860) 251-5218
Email:  jwilliams@goodwin.com
Email:  asarno@goodwin.com

Marci A. Hamilton, *pro hac vice*
36 Timber Knoll Drive
Washington Crossing, PA  18977
Telephone (215) 353-8984
Email: Hamilton.marci@gmail.com

Robert F. Maslan, Jr. (ct07919)
Corporation Counsel
City of Norwalk Law Department
P. O. Box 799
Norwalk, CT  06854-0799
Telephone (203) 854-7750
Facsimile (203)-854-7901
Email: rmaslan@norwalkct.org

## CERTIFICATION OF SERVICE

I hereby certify that on July 22, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Joseph P. Williams
Joseph P. Williams

2898284.1