UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., a Connecticut non-stock Corporation, | ) ) ) ) | CIVIL ACTION NO: |
| Plaintiff, | ) ) | 3:12-CV-00949 (MPS) |
| v. | ) ) ) | |
| CITY OF NORWALK, CONNECTICUT, and CITY OF NORWALK ZONING COMMISSION, | ) ) ) ) | |
| Defendants. | ) | July 31, 2013 |

**DEFENDANTS' SECOND MOTION FOR EXTENSION
OF TIME TO DEPOSE MICHAEL GALANTE**

Defendants City of Norwalk and City of Norwalk Zoning Commission hereby move, pursuant to Fed. R. Civ. Proc. 6(b)(1) and Local Civ. R. 7(b), for an extension of time to depose Michael Galante, the plaintiff's traffic expert, until two weeks after the Court's decision on the parties' dispute over the Plaintiff's claim of work-product protection and attorney-client privilege in Mr. Galante's documents. In support of this Motion, defendants state as follows:

1. The current deadline to depose Mr. Galante is July 31, 2013.

2. The defendants have argued at length in their Memorandum of Law in Support of Objection to Plaintiff's Claim of Privilege in Expert Witness Documents (ECF No. 150) that certain documents in Mr. Galante's files, currently being withheld by the plaintiff under claims of work product and attorney client privilege protection, must be

disclosed. Defendants have also argued that Plaintiff should not be permitted to claw back certain key documents.

3. The defendants cannot properly prepare for Mr. Galante's deposition until the Court determines which documents from his file the defendants may properly utilize at his deposition.

4. An extension until two weeks after the Court's resolution on the parties' discovery dispute related to Mr. Galante's file will provide a reasonable time for the parties to prepare for the deposition and identify a mutually convenient date for counsel and the expert. The two week deadline assumes that plaintiff will produce other responsive documents within one week of the Court's order.

5. Undersigned counsel has inquired of opposing counsel, who indicated that plaintiff consents to this motion.

6. This is Defendants' second motion for extension of time to extend the deadline for taking Mr. Galante's deposition.

WHEREFORE, defendants City of Norwalk and City of Norwalk Zoning Commission respectfully request that the Court extend the time for defendants to depose the plaintiff's traffic expert, Michael Galante, until two weeks after the Court's decision on the parties' dispute over the Plaintiff's claim of work-product protection and attorney-client privilege in Mr. Galante's documents.

2910285.1

Respectfully submitted,

DEFENDANTS,
CITY OF NORWALK AND CITY OF
NORWALK ZONING COMMISSION

/s/ Joseph P. Williams
Joseph P. Williams (ct14809)
Katherine R. Husband (ct28564)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone (860) 251-5000
Facsimile (860) 251-5318
Email: jwilliams@goodwin.com
Email: khusband@goodwin.com

CERTIFICATION OF SERVICE

     I hereby certify that on July 31, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Joseph P. Williams
Joseph P. Williams

2910285.1