UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., a Connecticut non-stock Corporation, | ) ) ) ) | CIVIL ACTION NO: |
| Plaintiff, | ) ) | 3:12-cv-00949 (MPS) |
| v. | ) ) | |
| CITY OF NORWALK, CONNECTICUT, and CITY OF NORWALK ZONING COMMISSION, | ) ) ) ) | |
| Defendants. | ) | August 27, 2013 |

**EXPLANATION OF EX PARTE FILING OF DOCUMENTS 150 AND 151**

On behalf of defendants City of Norwalk and City of Norwalk Zoning Commission, undersigned counsel states that documents 150 and 151 were filed as ex parte documents in error. The pleadings were served on plaintiff's counsel via email on July 22, 2013, the same day the documents were filed with the Court. That email is attached hereto as Exhibit A. Defendants' counsel will re-file the documents as publicly available documents in conjunction with filing this motion.

CITY OF NORWALK AND CITY OF
NORWALK ZONING COMMISSION

/s/ Katherine R. Husband
Joseph P. Williams (ct14809)
Katherine R. Husband (ct28564)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919
Telephone (860) 251-5000
Facsimile (860) 251-5218
Email:  jwilliams@goodwin.com
Email:  asarno@goodwin.com


Marci A. Hamilton, *pro hac vice*
36 Timber Knoll Drive
Washington Crossing, PA  18977
Telephone (215) 353-8984
Email: Hamilton.marci@gmail.com


Robert F. Maslan, Jr. (ct07919)
Corporation Counsel
City of Norwalk Law Department
P. O. Box 799
Norwalk, CT  06854-0799
Telephone (203) 854-7750
Facsimile (203)-854-7901
Email: rmaslan@norwalkct.org

CERTIFICATION OF SERVICE

  I hereby certify that on August 27, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                 /s/ Katherine R. Husband
                 Katherine R. Husband