# EXHIBIT A





**FREDERICK P. CLARK ASSOCIATES, INC.**
PLANNING, TRANSPORTATION, ENVIRONMENT AND DEVELOPMENT
RYE, NEW YORK                FAIRFIELD, CONNECTICUT

DAVID H. STOLMAN
AICP, PP
PRESIDENT

MICHAEL A. GALANTE
EXECUTIVE
VICE PRESIDENT

41 RUANE STREET
FAIRFIELD
CONNECTICUT 06824
203 255-3100
FAX: 203 254-2139

RYE, NEW YORK
914 967-6540

HUDSON VALLEY
845 297-6056

LONG ISLAND
516 364-4544

www.fpclark.com

email@fpclark.com

<u>BY FAX AND U.S. MAIL</u>
Updated

November 9, 2010

Mr. Syed Ali
Islamic Center of Norwalk
c/o SA Architects
28 Split Rock Road
Norwalk, Connecticut 06854

Subject:   **Proposal to Conduct a Modified Traffic Access and Impact Study – Proposed Islamic Center, 127 Fillow Street, <u>Norwalk, Connecticut</u>**

Dear Mr. Ali:

Based on our recent discussions, a site visit and a meeting with John Fallon, Esq., we are pleased to submit this proposal to assist your Consultant Team in the preparation of a Traffic Study, which will be suitable for submission to the City.

We are in receipt of the current Traffic Study prepared for the subject property, which was prepared by Hem Khona with a revision date of September 16, 2010. It is my understanding that the assistance of a second Traffic Consultant is necessary to respond to concerns of the City and others for this Application.

Our Traffic Study will be limited to the items noted below and will use information provided in the original Traffic Study, as appropriate. However, in certain cases we will recommend that we collect our own data to complete the analyses. Our Traffic Report will supplement the first report.

**Scope of Services**

*Existing Conditions* – We have conducted an initial field investigation of site frontage and the adjacent roadways. A more detailed investigation will be conducted to evaluate in detail the location of the existing site driveway, the proposed site driveway and available intersection sight distance (ISD).

onfidential                                                                                                                Galante 0000009

**FREDERICK P. CLARK ASSOCIATES, INC.**
PLANNING, TRANSPORTATION, ENVIRONMENT AND DEVELOPMENT
RYE, NEW YORK                    FAIRFIELD, CONNECTICUT

Mr. Syed Ali
Page 2
November 9, 2010

We will use the turning movement counts conducted by the Traffic Consultant for the intersection of Fillow Street at North Taylor Avenue. We will base our analysis on the weekday midday and afternoon peak hour volumes, which will reflect the appropriate baseline conditions for different service times at the proposed facility.

We will use the results of the automatic traffic recorder (ATR) machine counts, which was included in the original report. However, we need to know the <u>exact</u> location of the installation of the ATR. If we determine that the placement of the ATR was inappropriate to identify the 85th percentile speed of motorists traveling on Fillow Street in relation to the placement of the proposed access drive, we may need to install a new ATR. It actually may be appropriate to install two ATR's to identify the appropriate speed on Fillow Street on both approaches to the North Taylor Avenue intersection. The results of any new traffic counts and the use of the existing traffic available from the first report will be graphically illustrated, as necessary.

*No-Build Traffic Volumes* – The baseline traffic volumes for a 2010 condition will be expanded to reflect a 2011 traffic condition. It will include an appropriate growth rate and traffic related to any other planned development in the immediate vicinity of the subject property. We will verify with the City Planning Department that there are no other major developments in the immediate vicinity of the subject property, which should be included in this analysis. The no-build traffic volumes will be graphically illustrated for the weekday midday and afternoon peak hours.

*Estimation of Site-Generated Traffic* – We will review the information provided in the first Traffic Report and either use it or adjust this information accordingly. We will provide estimates for site traffic for each of the services and the services that we will provide more detailed analyses on based on the time period.

*Distribution and Assignment of Site-Generated Traffic* – We will need information on where current members reside (roadway and town), if possible, and based on this information we will determine traffic patterns for site traffic to access the site.

*Build Traffic Volumes* – Build traffic volumes for the future design year will be based on adding the site traffic to the no-build traffic volumes for the intersection of Fillow Street at North Taylor Avenue and the access drive.

onfidential

Galante 0000010

**FREDERICK P. CLARK ASSOCIATES, INC.**
PLANNING, TRANSPORTATION, ENVIRONMENT AND DEVELOPMENT
RYE, NEW YORK                    FAIRFIELD, CONNECTICUT

Mr. Syed Ali
Page 3
November 9, 2010

*Site Access Considerations* – Based on our preliminary evaluation and site visit we are very concerned with the location of the proposed access drive at the intersection of Fillow Street and North Taylor Avenue. It is not typical to add a new driveway to a T-type intersection, as currently shown on the Site Plan. There is concern with limited ISD, traffic control, vehicle turning conflicts and the overall safety of the operation of this intersection, with a new driveway added to the intersection.

Based on further analyses and measurements for ISD, following the criteria set forth by the Connecticut Department of Transportation (ConnDOT), we will offer our recommendations on where it should be relocated on Fillow Street. It is possible that we will recommend that it be placed directly opposite the access drive to the condominiums.

*Traffic Analysis* – Capacity analyses will be conducted for the intersection of Fillow Street at North Taylor Avenue for each of the time periods for existing, no-build and build conditions, as necessary. Depending on the location of the proposed access drive a separate analysis will be conducted for this driveway for the same time periods noted above for a build condition.

The analysis will be based on any Synchro computer program, which is based on capacity analysis procedures provided by the Transportation Research Board (TRB) and included in the Highway Capacity Manual (HCM), published in 2000.

*Accident Experience* – Accident data provided in the original Traffic Report will be reviewed. If it is determined necessary new traffic data will be obtained and reviewed in detail.

*Final Report* – At the completion of our work, we will prepare a written report addressing ach of the issues noted above, with appropriate tables, charts and text to support the conclusions of this analysis. This report will be suitable for submission to the City.

**Meetings**

Meetings will be billed in addition to the fee noted below. All day meetings will be billed on an hourly basis and all evening meetings will be billed at a minimum of 3.5 hours.

onfidential        Galante 0000011

**FREDERICK P. CLARK ASSOCIATES, INC.**
PLANNING, TRANSPORTATION, ENVIRONMENT AND DEVELOPMENT
RYE, NEW YORK                    FAIRFIELD, CONNECTICUT

Mr. Syed Ali
Page 4
November 9, 2010

**Schedule and Fee**

We are available to initiate this work immediately upon receiving written authorization. Field investigations and any traffic counts will be conducted when Schools are open and during appropriate weather conditions. We anticipated that we will need approximately six weeks to conduct the field investigation, collect appropriate data and prepare a report for review.

Our fee for services, as described above, will be $5,500, plus out-of-pocket expenses, meeting preparation for public meetings and all meetings. If new traffic counts are needed these counts will be billed on an hourly basis of $60.00 per hour. The traffic counts are conducted by an outside firm; however, under our direct supervision. If an ATR needs to be installed, the fee for each machine is $500.00. These fees are in addition to the fee noted above.

Any changes to the plan will require an additional fee. Any work related to responding to the City or others during the review process will be billed on an hourly basis in addition to the fee noted above. All work will be completed on an hourly basis. A copy of our current Schedule of Hourly Charges for 2010 is attached.

**General Terms**

1.  It is agreed that this document will serve as a contract for the proposed professional services.

2.  The proposal is valid for a period of 60 days.

3.  This contract is not assignable except with the prior written consent of Frederick P. Clark Associates, Inc. (the "Consultant") and no assignment shall relieve the undersigned client of any obligations under this contract.

4.  The undersigned client agrees to provide a retainer check in the amount of $3,000 with the signed Agreement and a second payment in the amount of $2,500 must be received before the draft report will be released for review. Other fees will be submitted, as necessary. Any over payment will be returned at the end of the process.

**FREDERICK P. CLARK ASSOCIATES, INC.**
PLANNING, TRANSPORTATION, ENVIRONMENT AND DEVELOPMENT
RYE, NEW YORK                    FAIRFIELD, CONNECTICUT

Mr. Syed Ali
Page 5
November 9, 2010

5. Payment of the Consultant is expressly <u>not</u> contingent on the formal approval, adoption or acceptance of any proposal, study, report or recommendation relating to the work described herein by the undersigned client or by any other person, agency, official or organization.

6. Payment of the Consultant is also <u>not</u> contingent on the undersigned client receiving any payment from third parties who are not a party to this contract.

7. The individual executing this contract, if acting on behalf of a partnership or corporation, represents that he has the authority to do so.

8. In the event the services of a collection agency or attorney are required to enforce payment, the undersigned client will pay all related costs.

9. In the event that payment is not received within 15 days of invoicing, a service charge of 1-1/2% per month will be added to the balance due, which amount will also be subject to all of the above terms.

10. The proposal cannot be reviewed by any other traffic consultant for comparison purposes.

11. All fees must be paid in full before this report will be finalized and submitted to the City.

We appreciate the opportunity to submit this proposal for your consideration. If you agree with this proposal please indicate your approval by signing in the space provided below and return a copy to my attention. Authorization to initiate this work must include a retainer check in the amount of $3,000. A second payment of $2,500 must be received prior to the submission of a draft report for your review. The draft report will not be provided until the second payment is received. All other fees will be billed, as necessary. These fees will include out-of-pocket expenses, additional work and attendance at meetings. If you have any questions, please do not hesitate to call.

onfidential
Galante 0000013

**FREDERICK P. CLARK ASSOCIATES, INC.**
PLANNING, TRANSPORTATION, ENVIRONMENT AND DEVELOPMENT
RYE, NEW YORK                    FAIRFIELD, CONNECTICUT

Mr. Syed Ali
Page 6
November 9, 2010

Sincerely,

*[signature]*

Michael A. Galante
Executive Vice President

Enclosure

Our fee to conduct this Traffic Study, as described above, will be $5,500, plus out-of-pocket expenses, meeting preparation and meetings. This fee does not include any additional traffic counts or the installation of an ATR. These fees will be billed in addition to the fee noted above.

Accepted By *[signature]*                                                     11/22/2010
                                                                              Date
ABDUL GHAFFAR KHAN PRESIDENT OF AL-MADANY ISLAMIC CENTER
Typed or Printed Name and Organization (Required) OF NORWALK, CT

Address _____

_____

_____

Telephone _____        Fax _____

Email Address _____

j:\docs2\proposals\ppp10-094.updated.mag.doc: td

onfidential
Galante 0000014