# EXHIBIT C

Search  Images  Maps  Play  YouTube  News  Gmail  Drive  More ▾

« Groups Home

# almadanyboard

[Search this group] [Search Groups]

## Traffic Study                                                Options

**Azzeim Mahmoud** View profile         More options  Apr 13 2011, 9:40 am

Mike,

After our meeting last night, we decided to go for the new traffic study, despite that most of the members feels that mostly nothing will change and we're
wasting a charity money. So, we ask you

if you can donate your fees and we'll give you a tax exempt letter.

 From your msg, the ATR will be install after upcoming holidays, when exactly?
We're shooting to apply for zoning again in May.

We have some issue to consider when revising your traffic report:

- In the previous hearings, none of the commissionaires or the opposition people
complained or even commented about the speed (the 43 miles speed average was in
him's report) but

about the volume of the traffic especially at Eid times (our 2 holidays).

- As a specialist and you're writing this report in our favour, you suppose not
to point our negatives and what we don't make (as sight lines will not make 85%
speed limit) but concentrate

about our positives points as our sight lines more than the posted speed limit
of 25 miles per hour.

Regards,
Azzeim

Reply to author     Forward     Report spam

**Azzeim Mahmoud** View profile         More options  Apr 13 2011, 10:35 am

Thanks Mike,
I'm not taking about hiding any data but how to present it.

azzeim

----- Original Message ----

### Sidebar

Home

Discussions
+ new post

Members

About this group
Edit my membership

Sponsored links

Exercise Your Brain
Games You Didn't Know Existed
to Fight Brain Decline and Aging.
www.lumosity.com

Donate Furniture Items
See List of Furniture Charities.
Plus Tax Deduction Info & Tips.
CanDoFinance.com/DonateFurniture

EDF Needs Your Support
We Can't Protect The Environment
Without You. Donate To EDF Today!
www.edf.org/GiveToday

See your message here...

From: Michael Galante <MGala...@fpclark.com>
To: Azzeim Mahmoud <azz...@yahoo.com>; "jffal...@snet.net" <jffal...@snet.net>;

Almadany <almadanyboard@googlegroups.com>; Syed Ali <Syeda...@optonline.net>
Sent: Wed, April 13, 2011 10:51:28 AM
Subject: RE: Traffic Study

Thank you for the tax exempt letter offer, but it does not do anything for us here. I will give you my time, but you will have to pay the approximately $500 to have the firm that we use to install the ATR. Therefore, I am donating approximately $500 to assist you.

I do believe this is needed to confirm the speeds on Fillow Street. This speed
will be a significant issue for this application to overcome.

Michael

-----Original Message-----
From: Azzeim Mahmoud [mailto:azz...@yahoo.com]
Sent: Wednesday, April 13, 2011 10:41 AM
To: Michael Galante; jffal...@snet.net; Almadany; Syed Ali
Subject: Traffic Study

Mike,

After our meeting last night, we decided to go for the new traffic study, despite that most of the members feels that mostly nothing will change and we're

wasting a charity money. So, we ask you

if you can donate your fees and we'll give you a tax exempt letter.

From your msg, the ATR will be install after upcoming holidays, when exactly?
We're shooting to apply for zoning again in May.

We have some issue to consider when revising your traffi   Switch to the new Groups

- In the previous hearings, none of the commissionaires or the opposition people

complained or even commented about the speed (the 43 miles speed average was in
him's report) but

about the volume of the traffic especially at Eid times (our 2 holidays).

- As a specialist and you're writing this report in our favour, you suppose not
to point our negatives and what we don't make (as sight lines will not make 85%
speed limit) but concentrate

about our positives points as our sight lines more than the posted speed limit
of 25 miles per hour.

Regards,
Azzeim

CONFIDENTIAL  ALMADANY 0000883

Reply to author    Forward    Report spam

Azzeim Mahmoud  View profile           More options  Apr 13 2011, 2:04 pm

Thanks Mike.. I think that Syed Ali is trying to contact you to go together to DPW
azzeim

----- Original Message ----
From: Michael Galante <MGala...@fpclark.com>
To: Azzeim Mahmoud <azz...@yahoo.com>; "jffal...@snet.net" <jffal...@snet.net>;
Almadany <almadanyboard@googlegroups.com>; Syed Ali <Syeda...@optonline.net>
Sent: Wed, April 13, 2011 11:43:04 AM
Subject: RE: Traffic Study

Understand and agree.
M

-----Original Message-----
From: Azzeim Mahmoud [mailto:azz...@yahoo.com]
Sent: Wednesday, April 13, 2011 11:36 AM
To: Michael Galante; jffal...@snet.net; Almadany; Syed Ali
Subject: Re: Traffic Study

Thanks Mike,
I'm not taking about hiding any data but how to present it.

azzeim

----- Original Message ----
From: Michael Galante <MGala...@fpclark.com>
To: Azzeim Mahmoud <azz...@yahoo.com>; "jffal...@snet.net" <jffal...@snet.net>;
Almadany <almadanyboard@googlegroups.com>; Syed Ali <Syeda...@optonline.net>
Sent: Wed, April 13, 2011 10:51:28 AM
Subject: RE: Traffic Study

Thank you for the tax exempt letter offer, but it does not do anything for us here. I will give you my time, but you will have to pay the approximately $500 to have the firm that we use to install the ATR. Therefore, I am donating approximately $500 to assist you.

I do believe this is needed to confirm the speeds on Fillow Street. This speed
will be a significant issue for this application to overcome.

Michael

-----Original Message-----
From: Azzeim Mahmoud [mailto:azz...@yahoo.com]
Sent: Wednesday, April 13, 2011 10:41 AM
To: Michael Galante; jffal...@snet.net; Almadany; Syed Ali
Subject: Traffic Study

Mike,

After our meeting last night, we decided to go for the new traffic study, despite that most of the members feels that mostly nothing will change

CONFIDENTIAL                                                                                                    ALMADANY 0000884

and we're

wasting a charity money. So, we ask you

if you can donate your fees and we'll give you a tax exempt letter.

From your msg, the ATR will be install after upcoming holidays, when exactly?
We're shooting to apply for zoning again in May.

We have some issue to consider when revising your traffic report:

- In the previous hearings, none of the commissionaires or the opposition people

complained or even commented about the speed (the 43 miles speed average was in
him's report) but

about the volume of the traffic especially at Eid times (our 2 holidays).

- As a specialist and you're writing this report in our favour, you suppose not
to point our negatives and what we don't make (as sight lines will not make 85%
speed limit) but concentrate

about our positives points as our sight lines more than the posted speed limit
of 25 miles per hour.

Regards,
Azzeim


Reply to author    Forward    Report spam

End of messages

« Back to Discussions                « Newer topic   Older topic »

Create a group · Google Groups · Google Home · Terms of Service · Privacy Policy
©2013 Google

CONFIDENTIAL                                                                                                   ALMADANY 0000885

Search   Images   Maps   Play   YouTube   News   Gmail   Drive   More ▾

« Groups Home

# almadanyboard

[Search this group]  [Search Groups]

**Home**

Re: Fwd: RE: Islamis Center                                Options

**Discussions**
+ new post

☆ 2 messages   Collapse all   Report discussion as spam

**Members**

Azzeim Mahmoud  View profile           More options  May 1 2011, 9:19 am

About this group
Edit my membership

REDACTED

Envelope-to: Azzeim.Mahm...@bedford.com
>From: Michael Galante <MGala...@fpclark.com>
>To: Azzeim Mahmoud <Azzeim.Mahm...@bedford.com>, "J. F. Fallon, Esq"
>        <jffal...@snet.net>, "syeda...@optonline.net"
><syeda...@optonline.net>,
>        Farhan Memon <farhan.me...@gmail.com>,
"almadanyboard@googlegroups.com"
>        <almadanyboard@googlegroups.com>
>Date: Fri, 29 Apr 2011 14:06:38 -0400
>Subject: RE: Islamis Center
>Thread-Topic: Islamis Center
>Thread-Index: Acv556YxWGhf9PhTTxWcF4VhGbUiwQMsGrHw
>Accept-Language: en-US
>X-MS-Has-Attach:
>X-MS-TNEF-Correlator:
>acceptlanguage: en-US
>x-tm-as-product-ver: SMEX-8.6.0.1168-6.500.1024-17858.005
>x-tm-as-result: No--48.120800-5.000000-31
>x-tm-as-user-approved-sender: No
>x-tm-as-user-blocked-sender: No
>X-Brightmail-Tracker: AAAAARfzYMo=
>X-Brightmail-Tracker: AAAAAA==

>What is the status of the City DPW signing off on the access drive and available
>sight distance? We would like to finalize the report.
>Michael Galante

>_____
 From: Azzeim Mahmoud [mailto:Azzeim.Mahm...@bedford.com]
>Sent: Wednesday, April 13, 2011 10:32 AM
>To: Michael Galante; J. F. Fallon, Esq; syeda...@optonline.net; Farhan Memon;
>almadanyboard@googlegroups.com

Switch to the new Groups

:ONFIDENTIAL                                                                                      ALMADANY 0001136

>Subject: RE: Islamis Center

>Mike,

>After our meeting last night, we decided to go for the new traffic study,
>despite that most of the members feels that mostly nothing will change and we're
>wasting a charity money. So, I ask you if you can donate your fees and we'll
>give you a tax exempt letter.

>From your msg, the ATR will be install after upcoming holidays, when exactly?
>We're shooting to apply for zoning again in May.

>We have some issue to consider when revising your traffic report:

>- In the previous hearings, none of the commissionaires or the opposition people
>complained or even commented about the speed (the 43 miles speed average was in
>him's report) but about the volume of the traffic especially at Eid times (our 2
>holldays).

>- As a specialist and you're writing this report in our favour, you suppose not
>to point our negatives and what we don't make (as sight lines will not make 85%
>speed limit) but concentrate about our positives points as our sight lines more
>than the posted speed limit of 25 miles per hour.

>Regards,
>Azzeim

>At 08:08 AM 4/11/2011, Michael Galante wrote:

>We will need to install this ATR to record speed after the upcoming holidays --
>Easter, Passover and since schools will be closed next week.

>Michael

>_____
 From: J. F. Fallon, Esq [ mailto:jffal...@snet.net]
>Sent: Friday, April 08, 2011 9:26 AM
>To: Azzeim Mahmoud; syeda...@optonline.net; Farhan Memon; Michael Galante
>Subject: Islamis Center


REDACTED

Reply to author    Forward    Report spam

SYED ALI View profile                     More options May 1 2011, 6:38 p


REDACTED

On Sun, May 1, 2011 at 10:19 AM, Azzeim Mahmoud wrote:


REDACTED

Envelope-to: Azzeim.Mahm...@bedford.com
From: Michael Galante <MGala...@fpclark.com>
To: Azzeim Mahmoud <Azzeim.Mahm...@bedford.com>, "J. F. Fallon, Esq"
      <jffal...@snet.net>, "syeda...@optonline.net"
<syeda...@optonline.net>,
      Farhan Memon <farhan.me...@gmail.com>,
"almadanyboard@googlegroups.com"
      <almadanyboard@googlegroups.com>
Date: Fri, 29 Apr 2011 14:06:38 -0400
Subject: RE: Islamis Center
Thread-Topic: Islamis Center
Thread-Index: Acv556YxWGhf9PhTTxWcF4VhGbUiwQMsGrHw
Accept-Language: en-US
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
acceptlanguage: en-US
x-tm-as-product-ver: SMEX-8.6.0.1168-6.500.1024-17858.005
x-tm-as-result: No--48.120800-5.000000-31
x-tm-as-user-approved-sender: No
x-tm-as-user-blocked-sender: No
X-Brightmail-Tracker: AAAAARfzYMo=
X-Brightmail-Tracker: AAAAAA==

What is the status of the City DPW signing off on the access drive and
available sight distance? We would like to finalize the report.
Michael Galante

---

From: Azzeim Mahmoud [ mailto:Azzeim.Mahm...@bedford.com
<javascript:parent.wgMail.openComposeWindow('Azzeim.Mahm...@bedford.com
]
Sent: Wednesday, April 13, 2011 10:32 AM
To: Michael Galante; J. F. Fallon, Esq; syeda...@optonline.net; Farhan
Memon; almadanyboard@googlegroups.com

:ONFIDENTIAL                                                                                          ALMADANY 0001138

Subject: RE: Islamis Center

Mike ,

After our meeting last night, we decided to go for the new traffic study, despite that most of the members feels that mostly nothing will change and we're wasting a charity money. So, I ask you if you can donate your fees and we'll give you a tax exempt letter.

From your msg, the ATR will be install after upcoming holidays, when exactly? We're shooting to apply for zoning again in May.

We have some issue to consider when revising your traffic report:

- In the previous hearings, none of the commissionaires or the opposition people complained or even commented about the speed (the 43 miles speed average was in him's report) but about the volume of the traffic especially at Eid times (our 2 holidays).

- As a specialist and you're writing this report in our favour, you suppose not to point our negatives and what we don't make (as sight lines will not make 85% speed limit) but concentrate about our positives points as our sight lines more than the posted speed limit of 25 miles per hour.

Regards,
Azzeim

At 08:08 AM 4/11/2011, Michael Galante wrote:

We will need to install this ATR to record speed after the upcoming holidays -- Easter, Passover and since schools will be closed next week.

Michael

_____

From: J. F. Fallon, Esq [ mailto:jffal...@snet.net
<javascript:parent.wgMail.openComposeWindow('jffal...@snet.net')> ]
Sent: Friday, April 08, 2011 9:26 AM
To: Azzeim Mahmoud; syeda...@optonline.net; Farhan Memon; Michael Galante
Subject: Islamis Center


REDACTED

--
You received this message because you are subscribed to the Google Groups "almadanyboard" group.
To post to this group, send email to almadanyboard@googlegroups.com.
To unsubscribe from this group, send email to almadanyboard+unsubscribe@googlegroups.com.
For more options, visit this group at
http://groups.google.com/group/almadanyboard?hl=en.

CONFIDENTIAL                                                                                             ALMADANY 0001139

Reply to author    Forward    Report spam

End of messages

**« Back to Discussions**                    **« Newer topic**   **Older topic »**

**Create a group** - Google Groups - Google Home - Terms of Service - Privacy Policy

©2013 Google