# EXHIBIT F

WILMERHALE

June 21, 2013

Sadaf R. Abdullah

+1 212 937 7247 (t)
+1 212 230 8888 (f)
sadaf.abdullah@wilmerhale.com

**By Federal Express and Email**

Joseph P. Williams, Esq.
Shipman & Goodwin
One Constitution Plaza
Hartford, CT 06103-1919
Tel: (860) 251-5127
Email: jwilliams@goodwin.com

Joseph DaSilva, Esq.
DePanfilis & Callerie, LLC
25 Belden Avenue
P.O. Box 699
Norwalk, CT 06852-0699
Tel: (203) 846-9585
Email: JDaSilvaJr@dandvlaw.com

Re: *Al Madany Islamic Center of Norwalk, Inc. v. City of Norwalk, Connecticut, and City of Norwalk Zoning Commission*, 3:12-cv-00949-MPS

Dear Counsel:

This firm, on behalf of the Michael Galante and Plaintiff Al Madany Islamic Center of Norwalk, Inc. ("Al Madany"), encloses:

1. Objections and Responses to City of Norwalk and City of Norwalk Zoning Commission's (collectively, "Norwalk") Notice of Deposition of Michael A. Galante, and

2. A production from Mr. Galante's files which contains documents Bates-stamped Galante 0000001 – Galante 0000405. Pursuant to Paragraph 6(b) of Judge Shea's Standing Protective Order ("Order"), notice is hereby given notice to the recipients of this production that the production contains documents designated "CONFIDENTIAL" pursuant to Paragraph 2 of the Order. The Court has enjoined the use of the Designated Material for any purpose other than this litigation and has enjoined the disclosure of CONFIDENTIAL documents to any other person in a manner inconsistent with the Order.

In addition to the documents contained in this production, Mr. Galante also reviewed, in connection with the preparation of his reports, documents produced by Al Madany and Bates-stamped ALMADANY 0000114 – ALMADANY 0000211 and any documents cited in or

WILMERHALE

June 21, 2013
Page 2

attached to the Expert Report of Michael Galante (served April 1, 2013; corrected version dated June 18, 2013).

Sincerely,

*[signature]*

Sadaf R. Abdullah

Enclosures

cc:
    Robert F. Maslan, Jr., Esq. (by e-mail without enclosed disc)
    Marci A. Hamilton, Esq. (by e-mail without enclosed disc)
    Amber N. Sarno, Esq. (by e-mail without enclosed disc)
    Katherine R. Husband, Esq. (by e-mail without enclosed disc)
    Marc J. Grenier, Esq. (by e-mail without enclosed disc)
    John F. Fallon, Esq. (by e-mail without enclosed disc)
    Roman P. Storzer, Esq. (by e-mail without enclosed disc)