# THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., a Connecticut non-stock corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO: |
| v. | ) ) ) | 3:12-cv-00949 (MPS) |
| CITY OF NORWALK, CONNECTICUT, and CITY OF NORWALK ZONING COMMISSION, | ) ) ) ) ) | |
| Defendants, and | ) ) | September 3, 2013 |
| STONEGATE CONDOMINIUM ASSOCIATION, INC. | ) ) ) | |
| Intervenor-Defendants. | ) | |

## JOINT SUBMISSION REGARDING THE
## PARTIES' DISCOVERY DISPUTE REGARDING DOCUMENTS WITHHELD
## FROM THE FILES OF PLAINTIFF'S EXPERT MICHAEL GALANTE

Pursuant to the Court's Order, dated August 21, 2013, ECF No. 165, plaintiff Al Madany Islamic Center of Norwalk, Inc. ("Al Madany"), defendants City of Norwalk, Connecticut and City of Norwalk Zoning Commission, and intervenor-defendants Stonegate Condominium Association, Inc. (collectively, "Defendants") respectfully file this joint submission notifying the Court of the parties' resolution of their discovery dispute concerning documents withheld from the files of Al Madany's expert Michael Galante on the basis of work product protection.

Pursuant to Fed. R. Civ. P. Rule 26(b)(4), Al Madany will produce to Defendants all documents it previously withheld from the files of Mr. Galante and submitted to the Court for *in camera* review by Friday, September 6, 2013.

Dated: September 3, 2013

                              Respectfully Submitted,

| /s/ Peter K. Vigeland | /s/ Joseph P. Williams |
|---|---|
| Peter K. Vigeland, *pro hac vice* | Joseph P. Williams (ct14809) |
| Wilmer Cutler Pickering Hale and Dorr, LLP | Amber N. Sarno (ct27777) |
| 7 World Trade Center, 250 Greenwich Street | Katherine R. Husband (ct28564) |
| New York, New York 10007 | Shipman & Goodwin LLP |
| Telephone (212) 230-8807 | One Constitution Plaza |
| Email: peter.vigeland@wilmerhale.com | Hartford, CT 06103-1919 |
| Fed. Bar #CT 24180 | Telephone (860) 251-5000 |
| | Facsimile (860) 251-5318 |
| | Email: jwilliams@goodwin.com |
| John F. Fallon | Email: asarno@goodwin.com |
| 53 Sherman Street | |
| Fairfield, CT 06824 | Robert F. Maslan, Jr. (ct07919) |
| Telephone (203) 256-3247 | Corporation Counsel |
| Email: jfallon@snet.net | City of Norwalk Law Department |
| Fed. Bar # CT 06085 | P. O. Box 799 |
| | Norwalk, CT 06854-0799 |
| Roman P. Storzer, *pro hac vice* | Telephone (203) 854-7750 |
| Storzer & Greene, P.L.L.C. | Facsimile (203)-854-7901 |
| 1025 Connecticut Avenue, Northwest | Email: rmaslan@norwalkct.org |
| Suite One Thousand | |
| Washington, D.C. 20036 | Marci A. Hamilton, *pro hac vice* |
| Telephone (202) 857-9766 | 36 Timber Knoll Drive |
| Email: storzer@storzerandgreene.com | Washington Crossing, PA 18977 |
| | Telephone (215) 353-8984 |
| | Email: Hamilton.marci@gmail.com |
| *Attorneys for Plaintiff Al Madany Islamic Center of Norwalk, Inc.* | *Attorneys for Defendants City of Norwalk and City of Norwalk Zoning Commission* |

        /s/ Joseph DaSilva_____
Joseph DaSilva, Esq. (ct23883)
DePanfilis & Vallerie, LLC
25 Belden Avenue
P.O. Box 699
Norwalk, Connecticut 06852-0699
Tel (203) 846-9585
E-mail: JDaSilvaJr@dandvlaw.com

Marc J. Grenier, Esq. (ct10545)
DePanfilis & Vallerie, LLC
25 Belden Avenue
P.O. Box 699
Norwalk, CT 06850
Telephone (203) 846-9585
Email: MGrenier@dandvlaw.com

*Attorneys for Intervenor-Defendants Stonegate Condominium Association, Inc.*

**Certification of Service**

This is to certify that on this 3rd day of September 2013, a copy of the foregoing Joint Submission Regarding the Parties' Discovery Dispute Regarding Documents Withheld from the Files of Plaintiff's Expert Michael Galante was filed electronically and served by mail on anyone unable to accept electronic filling.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/ Peter K. Vigeland
Peter K. Vigeland