UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., a Connecticut non-stock corporation, | : | CIVIL NO.:   3:12-CV-00949-MPS |
| Plaintiff | : | |
| VS. | : | |
| CITY OF NORWALK, CONNECTICUT, and CITY OF NORWALK ZONING COMMISSION | : | SEPTEMBER 4, 2013 |
| Defendants | : | |

## APPEARANCE

Please enter the appearance of the undersigned on behalf of ISRAEL HERSKOWITZ, as witness in the above-captioned action.

ISRAEL HERSKOWITZ AS WITNESS

　　/s/ Michael S. Casey
Michael S. Casey (ct25116)
The Jackson Law Group
472 Wheelers Farms Road-3rd Floor
Milford, Connecticut 06461
(203) 647-3300
Fax (203) 647-3333
msc@thejacksonlawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above was mailed or electronically delivered to all counsel and pro se parties of record and that written consent for electronic delivery was received from all counsel and pro se parties of record who were electronically served on this 4th day of September, 2013:

H. Lawrence Stierhoff, Esq.
Peter K. Vigeland, Esq.
Sadaf R. Abdullah, Esq.
Victoria J. Lee, Esq.
Christopher Bouchoux, Esq.
Pooja B. Faldu, Esq.
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

John F. Fallon, Esq.
53 Sherman Street
P.O. Box 541
Fairfield, CT 06824

Robert L. Greene, Esq.
Storzer & Greene, P.L.L.C.
110 Wall Street, 11th Floor
New York, NY 10005

Roman P. Storzer, Esq.
Storzer & Greene, P.L.L.C.
1025 Connecticut Avenue NW
Suite 1000
Washington, DC 20036

Amber N. Sarno, Esq.
Joseph P. Williams, Esq.
Katherine Romel Husband, Esq.
Shipman & Goodwin
One Constitution Plaza
Hartford, CT 06103-1919

Marci Hamilton, Esq.
36 Timber Knoll Drive
Washington Crossing, PA 18977


Robert F. Maslan, Jr., Esq.
Corporation Counsel
City of Norwalk Law Department
P.O. Box 799
Norwalk, CT 06854-0799

Joseph DaSilva, Jr., Esq.
Marc J. Grenier, Esq.
DePanfilis & Vallerie
25 Belden Avenue
P.O. Box 699
Norwalk, CT 06852-0699

Robert Prince, Esq.
US Department of Justice –
Federal Programs Branch
Civil Division
20 Massachusetts Avenue, NW
Washington, DC 20001

Emily E. Cosentino
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190


                    ISRAEL HERSKOWITZ AS WITNESS


                    ___/s/ Michael S. Casey_____
                    Michael S. Casey (ct25116)
                    The Jackson Law Group
                    472 Wheelers Farms Road-3rd Floor
                    Milford, Connecticut 06461
                    (203) 647-3300
                    Fax (203) 647-3333
                    msc@thejacksonlawgroup.com