UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., a Connecticut non-stock Corporation, | ) ) ) ) | CIVIL ACTION NO: |
| Plaintiff, | ) ) | 3:12-CV-00949 (MPS) |
| v. | ) ) ) | |
| CITY OF NORWALK, CONNECTICUT, and CITY OF NORWALK ZONING COMMISSION, | ) ) ) ) | |
| Defendants. | ) | October 16, 2013 |

**DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO DISCLOSE REBUTTAL TRAFFIC EXPERT**

Defendants City of Norwalk and City of Norwalk Zoning Commission hereby move, pursuant to Fed. R. Civ. Proc. 6(b)(1) and Local Civ. R. 7(b), for an extension of time of until November 4, 2013 to disclose a rebuttal traffic expert. In support of this Motion, defendants state as follows:

1. The current deadline to disclose defendants' rebuttal expert is October 16, 2013.

2. The defendants have retained a traffic expert who is currently drafting his expert report, but due to other professional commitments, will not be able to finish his report by October 16, 2013.

3. An extension until November 4, 2013 will provide a reasonable time for the expert to complete his report without unduly delaying the existing discovery schedule in place in this matter.

4. Undersigned counsel has inquired of opposing counsel, who indicated that plaintiff would consent to an extension until November 4, 2013 to disclose defendants' rebuttal expert.

5. This is defendants' first motion for extension of time to extend the deadline for disclosing their rebuttal expert.

WHEREFORE, defendants City of Norwalk and City of Norwalk Zoning Commission respectfully request that the Court extend the time for defendants to disclose a rebuttal traffic expert until November 4, 2013.

Respectfully submitted,

DEFENDANTS,
CITY OF NORWALK AND CITY OF
NORWALK ZONING COMMISSION

/s/ Joseph P. Williams
Joseph P. Williams (ct14809)
Katherine R. Husband (ct28564)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919
Telephone (860) 251-5000
Facsimile (860) 251-5318
Email:  jwilliams@goodwin.com
Email:  khusband@goodwin.com

## CERTIFICATION OF SERVICE

      I hereby certify that on October 16, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                          /s/ Joseph P. Williams
                                          Joseph P. Williams

3018449v1