UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

Al Madany Islamic Center of Norwalk, Inc.
    Plaintiff           }
                     }
v.                     } Case No. 3:12-cv-00949 (JPS)
                     }
City of Norwalk & Norwalk Zoning Commission  }
    Defendant

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    City of Norwalk & Norwalk Zoning Commission

Dated:    November 7, 2013

                                          Attorney's Signature

                                          Carolyn M. Colangelo / #16147
                                          Printed name and bar number

                                          125 East Avenue, PO Box 798
                                          Norwalk, CT  06856-0798
                                          Address

                                          ccolangelo@norwalkct.org
                                          E-mail address

                                          (203) 854-7750
                                          Telephone number

                                          (203) 854-7901
                                          Fax number

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2013, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [below list the names and addresses of anyone unable to accept electronic filing] as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Attorney's signature