# THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., a Connecticut non-stock corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO: |
| v. | ) ) ) | 3:12-cv-00949 (MPS) |
| CITY OF NORWALK, CONNECTICUT, and CITY OF NORWALK ZONING COMMISSION, | ) ) ) ) ) | |
| Defendants, and | ) ) | November 15, 2013 |
| STONEGATE CONDOMINIUM ASSOCIATION, INC. | ) ) ) | |
| Intervenor-Defendants. | ) | |

## JOINT MOTION FOR EXTENSION OF THREE SETS OF EXPERT DISCOVERY DEADLINES

Pursuant to Fed. R. Civ. Proc. 6(b)(1) and D. Conn. L. Civ. R. 7(b), plaintiff Al Madany Islamic Center of Norwalk, Inc. ("Al Madany") and defendants City of Norwalk, Connecticut and City of Norwalk Zoning Commission (collectively, "Norwalk" or "defendants") move for extensions of certain deadlines relating to expert discovery. Pursuant to D. Conn. L. Civ. R. 7(b)(3), intervenor-defendant Stonegate Condominium Association, Inc. does not object to this motion.

In support of this request, the moving parties states as follows:

1. The current deadline to depose Al Madany's religious expert is November 15, 2013.

2. On October 2, 2013, Al Madany's counsel informed Norwalk that Al Madany's religious expert, Imam Khalil Abdur-Rashid, was no longer able to serve as Al Madany's religious expert due to the terminal illness of a member of his immediate family. To help care for the individual, Imam Abdur-Rashid has moved to Texas. Imam Abdur-Rashid had filed his expert report on April 1, 2013, and the parties had been trying to schedule his deposition when we were informed of his inability to serve as an expert in the case.

3. On November 1, 2013, Al Madany's counsel informed defendants that it had retained an alternate religious expert, Dr. Ingrid Mattson.

4. Al Madany and Norwalk jointly propose that the current deadlines relating to plaintiff's newly retained religious expert and to any rebuttal expert be set or extended as follows:

| Event | Current Deadline (Dkt. 178) | Proposed Deadline |
|---|---|---|
| Initial Report of Opinions, Materials Considered, and Supporting Exhibits | | December 2, 2013 |
| Deadline for Deposition | November 15, 2013 | January 10, 2014 |
| Rebuttal Report from Defendants (if any) | | February 10, 2014 |
| Deadline for Plaintiff's Deposition of Defendants' Rebuttal Expert Witness (if any) | | March 12, 2014 |

5. The proposed extensions should provide adequate time for Dr. Mattson to draft her report, for Norwalk to prepare to depose her, for any rebuttal expert retained by Norwalk to prepare his or her report, and for Al Madany's counsel to prepare to depose any such expert.

6. Pursuant to D. Conn. L. Civ. R. 7(b)(3), this motion constitutes Al Madany's second request and Norwalk's third request to extend the deadline for defendants to depose Al Madany's religious expert and related deadlines.

7. Al Madany and Norwalk jointly propose that the current deadlines relating to Al Madany's planning and zoning expert, Ernest Hutton, and to any rebuttal expert be set or extended as set forth in the chart below. The proposed deadlines are based on defendants' representation to Al Madany that they will produce the special permit applications requested, to date, by Al Madany by November 25, 2013.

| **Event** | **Current Deadline (Dkt. No. 130)** | **Proposed Deadline** |
| --- | --- | --- |
| Initial Report of Opinions, Materials Considered, and Supporting Exhibits | 30 days after Norwalk produces the special permit applications requested by Al Madany | January 9, 2014 |
| Deadline for Deposition | 30 days after the Initial Report of Opinions is served | February 24, 2014 |
| Rebuttal Report from Defendants | 30 days after the deadline for deposing the expert | April 10, 2014 |
| Deadline for Plaintiff's Deposition of Defendants' Rebuttal Expert Witness | | May 12, 2014 |

8. The proposed extensions should provide adequate time for Mr. Hutton to draft his report after defendants produce all special permit application files requested by plaintiff, for Norwalk to depose him, for defendants' rebuttal planning and zoning expert to prepare his or her report, and for Al Madany's counsel to prepare to depose defendants' rebuttal expert. Norwalk

has provided a copy of 21 special permit applications to date and is undertaking to provide an additional 31 special permit applications to counsel for Al Madany.

9. Pursuant to D. Conn. L. Civ. R. 7(b)(3), this motion constitutes Al Madany's fourth and Norwalk's third request to modify the deadline for the deposition of plaintiff's planning and zoning expert and related deadlines.

10. Al Madany served an initial expert report under Fed. R. Civ. P. 26(a)(2) from its traffic expert Michael Galante on April 1, 2013.

11. Defendants deposed Michael Galante on September 16, 2013.

12. Defendants served a rebuttal expert report from its traffic expert Joseph C. Balskus on November 4, 2013.

13. Al Madany and Norwalk jointly request that the current deadline for deposing Mr. Joseph C. Balskus to be set as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Plaintiff's Deposition of Defendants' Rebuttal Expert Witness | | December 19, 2013 |

14. The proposed deadline should provide adequate time for the parties to prepare for and conduct the deposition of Mr. Balskus.

15. Pursuant to D. Conn. L. Civ. R. 7(b)(3), this motion constitutes Al Madany's first and Norwalk's first request to modify the deadline for plaintiff's deposition of defendants' rebuttal traffic expert witness.

THEREFORE, the parties respectfully request that the Court grant the extensions as outlined above.

Dated: November 15, 2013

Respectfully Submitted,

| | |
|---|---|
| /s/ Peter K. Vigeland_____ | /s/ Joseph P. William_____ |
| Peter K. Vigeland | Joseph P. Williams (ct14809) |
| *Admitted pro hac vice* | Shipman & Goodwin LLP |
| WILMER CUTLER PICKERING | One Constitution Plaza |
|    HALE AND DORR LLP | Hartford, CT 06103-1919 |
| 7 World Trade Center, 250 Greenwich Street | Tel: (860) 251-5127 |
| New York, New York 10007 | jwilliams@goodwin.com |
| Tel: (212) 230-8807 | |
| peter.vigeland@wilmerhale.com | Robert F. Maslan Jr. (ct07919) |
| Fed. Bar #CT 24180 | Attorney for Defendants |
| | City of Norwalk |
| John F. Fallon | P.O. Box 798 |
| 53 Sherman Street | Norwalk, CT 06852-0798 |
| Fairfield, CT 06824 | Tel: (203) 854-7750 |
| Tel: (203) 256-3247 | rmaslan@norwalkct.org |
| jfallon@snet.net | |
| Fed. Bar # CT 06085 | Marci A. Hamilton |
| | 36 Timber Knoll Dr. |
| Roman P. Storzer | Washington Crossing, PA 18977 |
| *Admitted pro hac vice* | Tel: (215) 353-8984 |
| STORZER & GREENE, P.L.L.C. | hamilton.marci@gmail.com |
| 1025 Connecticut Avenue, Northwest | |
| Suite One Thousand | *Attorneys for Defendants City of Norwalk and* |
| Washington, D.C. 20036 | *City of Norwalk Zoning Commission* |
| Tel: (202) 857-9766 | |
| storzer@storzerandgreene.com | |
| | |
| *Attorneys for Plaintiff Al Madany Islamic* | |
| *Center of Norwalk, Inc.* | |

**Certification of Service**

This is to certify that on this 15th day of November 2013, a copy of the foregoing Joint Motion for Extension of Three Sets of Expert Discovery Deadlines was filed electronically and served by mail on anyone unable to accept electronic filling.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/ Peter K. Vigeland  
Peter K. Vigeland
