# THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AL MADANY ISLAMIC CENTER OF NORWALK, INC., a Connecticut non-stock corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO: |
| v. | ) ) ) | 3:12-cv-00949 (MPS) |
| CITY OF NORWALK, CONNECTICUT, and CITY OF NORWALK ZONING COMMISSION, | ) ) ) ) ) | |
| Defendants, and | ) ) | November 21, 2013 |
| STONEGATE CONDOMINIUM ASSOCIATION, INC. | ) ) ) | |
| Intervener-Defendant. | ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITIES

Plaintiff Al Madany Islamic Center of Norwalk, Inc. ("Al Madany") hereby notices two decisions pertinent to the briefing on Defendants' Amended Motion to Dismiss, ECF No. 131, both of which were decided subsequent to Al Madany's Opposition filed on July 12, 2013, ECF No. 145.

In *St. Vincent de Paul Place, Norwich, Inc. v. City of Norwich*, 2013 WL 5629962 (2d Cir. October 16, 2013) ("*St. Vincent II*"), the Second Circuit vacated the judgment of the district court in *St. Vincent de Paul Place, Norwich, Inc. v. City of Norwich*, 2013 WL 997076 (D. Conn. 2013) ("*St. Vincent I*"). In *St. Vincent I*, discussed in the briefs of both parties, *see* Def.'s Mem. 17 n. 6, ECF No. 132; Pl.'s Opp'n 22-23 & n. 9; Def.'s Reply 3, ECF No. 160, Norwich's Code Enforcement Official issued notices of violation of the Building Code for the plaintiff's

continued occupation of a certain premises after its temporary certificate of occupancy had expired and after plaintiff's application for a special permit to remain in the premises had been denied. 2013 WL 997076 at *1-2. The plaintiff subsequently appealed those notices of violation to the Zoning Board of Appeals and filed a variance application related to those violations. *Id*. at *2. This variance application to the Zoning Board of Appeals, if successful, would have both provided the plaintiff with the relief sought in its special permit application and vacated the notices of violation. *Id.* The district court held that, absent a decision on that variance application, the plaintiff's claims were unripe. *Id*. at *4. Following the district court's decision, that variance application was denied, a factual development that led the Second Circuit to vacate the court's decision. *St. Vincent II*, 2013 WL 5629962 at *1.

The First Circuit's decision in *Roman Catholic Bishop of Springfield v. City of Springfield*, 724 F.3d 78 (1st Cir. 2013), is relevant to the instant motion because: (i) the discussion of the dangers of abuse inherent to discretionary systems of individualized assessment is persuasive authority supporting the constitutionality of RLUIPA's substantial burden provision to systems of individualized assessment, *see id*. at 98 & 101; Pl.'s Opp'n 40-42; Def.'s Reply 8; (ii) the analysis of the relevant ordinance, and the conclusion that it could not "be viewed as a neutral law of general applicability in the *Smith* sense," 724 F.3d at 97; *see also id*. at 97-98 & 101, supports Al Madany's contention that the Norwalk special permit criteria constitute a system of individualized and discretionary assessment, *see* Pl.'s Opp'n 2, 4-5, 9, 18-19, 26-28, 34-35, 37-38, & 40-42; Def.'s Reply 8 & 14-15; and (iii) the discussion of what constitutes a substantial burden on religious exercise, *see* 724 F.3d at 94-97, bears on the parties' dispute over whether the denial of Al Madany's special permit application imposed a substantial burden on its religious exercise, *see* Def.'s Mem. at 29-31; Pl.'s Opp'n at 27-29.

Dated: November 21, 2013.

                    Respectfully Submitted,

/s/ Peter K. Vigeland
Peter K. Vigeland
*Admitted pro hac vice*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center, 250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8807
peter.vigeland@wilmerhale.com
Fed. Bar #CT 24180

John F. Fallon
53 Sherman Street
Fairfield, CT 06824
Tel: (203) 256-3247
jfallon@snet.net
Fed. Bar # CT 06085

Roman P. Storzer
*Admitted pro hac vice*
STORZER & GREENE, P.L.L.C.
1025 Connecticut Avenue, Northwest
Suite One Thousand
Washington, D.C. 20036
Tel: (202) 857-9766
storzer@storzerandgreene.com

*Attorneys for Plaintiff Al Madany Islamic Center of Norwalk, Inc.*

**Certification of Service**

This is to certify that on this 21st day of November, 2013, a copy of the foregoing Notice of Supplemental Authorities was filed electronically and served by mail on anyone unable to accept electronic filling. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Peter K. Vigeland
Peter K. Vigeland
