UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

Al Madany Islamic Center of Norwalk, Inc.
    Plaintiff        }
                        }
v.                      }  Case No. 3:12-cv-00949 (JPS)
                        }
City of Norwalk & Norwalk Zoning Commission    }
    Defendant

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   City of Norwalk & Norwalk Zoning Commission

Dated:    November 22, 2013        */s/ Mario F. Coppola*
                                                  Attorney's Signature

                                      Mario F. Coppola  # 26562
                                      Printed name and bar number

                                      125 East Avenue, PO Box 798
                                      Norwalk, CT  06856-0798
                                      Address

                                      mcoppola@norwalkct.org
                                      E-mail address

                                      (203) 854-7750
                                      Telephone number

                                      (203) 854-7901
                                      Fax number

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2013, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [below list the names and addresses of anyone unable to accept electronic filing] as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Attorney's signature