Civil- (Dec-2008)

**HONORABLE:** Shea
**DEPUTY CLERK** D. Johnson   **RPTR/ECRO/TAPE** Marshall
**TOTAL TIME:** 2 hours 50 minutes
**DATE:** Nov. 26, 2013   **START TIME:** 10:00   **END TIME:** 12:50
**LUNCH RECESS**   **FROM:** _____   **TO:** _____
**RECESS** (if more than ½ hr)   **FROM:** _____   **TO:** _____

**CIVIL NO.** 3:12cv949 (MPS)

Almadany Islamic of Norwalk

vs

City of Norwalk, et al

Stierhoff
Plaintiff's Counsel

Hamilton / Williams
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

- [✓] Motion hearing
- [ ] Evidentiary Hearing
- [ ] Miscellaneous Hearing
- [ ] Show Cause Hearing
- [ ] Judgment Debtor Exam

| | | | | |
|---|---|---|---|---|
| [✓] | # 131 Motion Amended to Dismiss | [ ] granted | [ ] denied | [✓] advisement |
| [ ] | # ___ Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | # ___ Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | # ___ Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | # ___ Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | # ___ Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | # ___ Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | Oral Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | Oral Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | Oral Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | Oral Motion | [ ] granted | [ ] denied | [ ] advisement |

[ ] [ ] Briefs(s) due _____ [ ] Proposed Findings due _____ Response due _____

[ ] _____ [ ] filed [ ] docketed
[ ] _____ [ ] filed [ ] docketed
[ ] _____ [ ] filed [ ] docketed
[ ] _____ [ ] filed [ ] docketed
[ ] _____ [ ] filed [ ] docketed
[ ] _____ [ ] filed [ ] docketed
[ ] _____ Hearing continued until _____ at _____